SCANNED

## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Criminal No. 2:14-cr- 83 · DBH |
| F. WILLIAM MESSIER and ) | |
| DAVID EVERETT ROBINSON ) | |

### GOVERNMENT'S *EX PARTE* MOTION TO SEAL INDICTMENT AND RELATED DOCUMENTS

The United States of America, by and through its attorneys, Thomas E. Delahanty II, United States Attorney, and James W. Chapman, Jr., Assistant U.S. Attorney, hereby files this Motion to Seal Indictment and Related Documents, pursuant to Local Rule 157.6(a). In support of this motion, the Government states the following:

1. The defendants were indicted by a federal grand jury on June 18, 2014, on conspiracy and criminal tax charges.

2. The Government has reason to believe that the defendants are not represented by counsel and may, in fact, elect to proceed *pro se* in this matter.

3. The Government has not decided if it is necessary to seek an arrest warrant or if it will request that the defendants be served with summonses. Because numerous investigative steps may be necessary to resolve this issue and the case agents are unavailability for much of the next three weeks, this decision may not be made until the end of July 2014.

4. A sealing order is, therefore, necessary for the safety of the arresting officers if the Government decides to seek an arrest warrant.

For the foregoing reason, this indictment and all other documents and docket entries associated with this case should remain under seal and not be made public until either: (1) arrest

-2-

warrants are executed and returned to the court, or (2) when the Government notifies the Clerk of Court that it is requesting that summonses be served upon the defendants.

Dated, this the 18th of June, 2014, at Portland, Maine.

THOMAS E. DELAHANTY II
UNITED STATES ATTORNEY

*/s/ James W. Chapman, Jr.*
James W. Chapman, Jr.
Assistant United States Attorney
U.S. Attorney's Office
100 Middle Street Plaza, East Tower
Portland, ME 04101
(207) 780-3257
James.W.Chapman@usdoj.gov

Motion Granted.

*/s/*
6/18/14