**Synopsis**

| | |
|---|---|
| **Name:** | David Everett Robinson |
| **Address:** (City & State Only) | Brunswick, Maine |
| **Year of Birth and Age:** | 1936: 75 years old |
| **Violations:** | Ct 2 - Conspiracy to defraud the United States by impeding and impairing the lawful governmental functions of the IRS, 18 U.S.C. § 371; |
| **Penalties:** | Up to five years in prison (18 U.S.C. § 371), and a fine of up to $250,000 (18 U.S.C. § 3571(b)(3)). |
| **Supervised Release:** | A term of supervised release of not more than 3 years (18 U.S.C. § 3583(b)(2)). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | No more than 2 years (18 U.S.C. § 3583(e)(3)). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | A term of supervised release of not more than 3 years (18 U.S.C. § 3583(b)(2) and (h)). |
| **Defendant's Attorney:** | **None** |
| **Primary Investigative Agency and Case Agent Name:** | IRS-CI, Jason Rogers and Marty Coviello |
| **Detention Status:** | Not in Custody |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | Not applicable |
| **County:** | Cumberland |
| **AUSA:** | James Chapman and Karen E. Kelly, Assistant Chief, NCES, Tax Division, U.S. Department of Justice |
| **Guidelines apply?   Y/N** | Yes |
| **Victim Case:** | Yes |
| **Corporate Victims Owed Restitution:** | None |
| **Assessments:** | $100   (18 U.S.C. § 3013(a)(2)(A) |