UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.  2:14-cr-83-DBH |
| | ) | |
| F. WILLIAM MESSIER | ) | |
| DAVID ROBINSON | ) | |

**DEFENDANTS' MOTION TO EXTEND TIME TO FILE MOTIONS AND WAIVER OF SPEEDY TRIAL**

Defendants F. William Messier and David Robinson hereby move to extend the deadline to file pretrial motions for 60 days.

1. The Court has set the deadline for Defendants to file their pretrial motions for September 19, 2014.  The government has produced voluminous discovery, which the defense is still reviewing.  The defense needs additional time to review the materials and prepare the motions, which may be numerous.  The defense needs an additional 60 days to finish reviewing the materials and preparing those motions.

2. Defendants agree to waive the extension period from calculation under the Speedy Trial Act.  The interests of justice to be served by the request for exclusion of time outweigh the interests of the defendants and the public in a speedy trial.  Defendants have conferred with their respective counsel, have reviewed this motion, and agree to the waiver.  By the signature of counsel for the defendants below, they waive their rights under the Speedy Trial Act for the duration of the extension.

WHEREFORE, for the foregoing reasons, Defendants respectfully requests this Court to extend the deadline for their pretrial motions for an additional 60 days and enter an order excluding that time for purposes of the time limits established in the Speedy Trial Act.

Date:  September 18, 2014        /s/ George T. Dilworth
George T. Dilworth

DRUMMOND WOODSUM
84 Marginal Way, Suite 600
Portland, ME  04101
(207) 772-1941
Counsel for F. William Messier

Date:   September 18, 2014         /s/ Joel C. Vincent

VINCENT, KANTZ, PITTMAN
44 Exchange Street, Suite 301
Portland, ME 04101—247
(207)761-1931

CERTIFICATE OF SERVICE

I certify that on this 18th day of September, 2014, I electronically filed the above pleading with the Court's CM-ECF system which will automatically send notification of such filing to all counsel of record.

Dated:  September 18, 2014         /s/ George T. Dilworth
George T. Dilworth

DRUMMOND WOODSUM
84 Marginal Way, Suite 600
Portland, ME  04101
(207) 772-1941

2