UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Criminal No. 2:14-cr-83-DBH |
| F. WILLIAM MESSIER and | ) |
| DAVID EVERETT ROBINSON | ) |

## SPEEDY TRIAL ORDER

This matter comes before the court upon the defendants' Motion to Extend Time to File Motions and Waiver of Speedy Trial (docket item 36). Specifically, the defendants request a sixty day extension of time in which to file pre-trial motions. The defense has represented that the government has provided voluminous discovery in this case and counsel need additional time to review the discovery and prepare any motions. The defense further represents that they have reviewed the motion with their respective clients and that their clients agree to waive their rights under the Speedy Trial Act for the duration of the extension.

The government has no objection to the enlargement sought. The current pre-trial motion deadline is September 19, 2014, and the case is currently on Judge Hornby's October 7, 2014 trial list. Counsel has requested a sixty day extension of time through November 18, 2014.

After full consideration of the representations of counsel, and of the record to date, the court hereby incorporates such representations as findings of fact. Taking into consideration the factors set forth in Title 18, United States Code, Section 3161(h)(7)(B), the court can and does

1

find that the ends of justice served by such an enlargement of time outweigh the best interests of the public and of the defendant in a speedy trial.

The court further finds that such an enlargement of time is reasonable as to all of the parties because of the voluminous discovery produced by the government in this case and the nature of the case, which includes a conspiracy count and criminal tax offenses.  Given the interrelated nature of the evidence in this case, conducting multiple trials would be impractical and would result in the inappropriate duplication of efforts and expenditure of resources.

**IT IS HEREBY ORDERED THAT:**

1. The Motion is hereby **GRANTED**.  The pre-trial motion deadline as to all defendants in this case is extended through November 18, 2014; and the matter will be removed from the October 7, 2014 trial list;

2. The time period from and including September 18, 2014, through November 18, 2014, as to all defendants in this case is hereby excluded from calculation under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*.

3. Any codefendant objecting to the new deadline set forth in this Order shall file a specific objection within 5 business days of the entry of this Order.  If there is such an objection, the government shall be given leave to respond to the objection within 5 business days.

**So ORDERED.**

Dated at Portland, Maine, this 19th day of September, 2014.

**/s/ D. Brock Hornby**
D. Brock Hornby
U.S. District Judge