## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.        )<br>)<br>DAVID ROBINSON      ) | Criminal No. 14-CR-00083-DBH |

## MOTION TO WITHDRAW

**NOW COMES** Counsel for the Defendant, David Robinson, and motions this court for leave to withdraw at the request of Mr. Robinson. In support of this motion, counsel states as follows:

1. On September 5, 2014, counsel was appointed to represent Mr. Robinson on an Indictment charging him with a single Count of Conspiracy to Defraud the United States of America by Impeding the IRS in violation of 18 U.S.C. § 371. During his initial appearance, Mr. Robinson indicated that he wished to be represented by counsel, but understood that he could represent himself with stand-by counsel or alone. Mr. Robinson then began a working relationship with instant counsel.

2. Counsel began an investigation of the allegations that were the basis of the instant charge by gathering and reviewing information and discovery materials from the United States Attorney and Mr. Robinson. Additionally, counsel has met with the client on several occasions.

3. Mr. Robinson has informed counsel that it is his desire to represent himself at this time and has requested that counsel withdraw. Mr. Robinson and Counsel have met and discussed this issue.

**Wherefore,** Counsel respectfully requests leave to withdraw as counsel for David Robinson at his request.

October 23, 2014         Joel Vincent, Bar Number 3488
                         Counsel for David Robinson

# CERTIFICATE OF SERVICE

This is to certify that a copy of this **Motion to Withdraw** was filed with the Court and notice was provided to the following Assistant United States Attorney
:

        James Chapman, Assistant United States Attorney
        100 Middle Street.
        Portland, Maine 04101
        (207) 780-2357,    James.Chapman@usdoj.gov


DATED: October 23, 2014        /s/ Joel Vincent

**VINCENT, KANTZ, PITTMAN & THOMPSON, LLC**
**44 Exchange Street**
**Portland, Maine 04101**
**(207) 761-1931**