1. SCANNED

2;14-cr-083-DBH

# AFFIDAVIT OF FACT

Be it known to all concerned that I, **david everett robinson**, am a natural, freeborn Sovereign without subjects. I am neither subject to any entity anywhere, nor is any entity subject to me. I neither dominate anyone, nor am I dominated by anyone.

My authority for this statement is the same as it is for all free Sovereigns everywhere: the timeless and age-old, universal respect for the intrinsic rights, property, freedoms, and responsibilities of the Sovereign Individual.

I am not a "person" when such term is defined in statutes of the United States or of the several states when such definition includes artificial entities. I refuse to be treated as a state or federally created entity which is only capable of exercising certain rights, privileges, or immunities specifically granted by federal or state governments.

I voluntarily choose to comply with man-made laws that serve to bring harmony to society, but no such laws, nor their enforcers, have any authority over me. I am not in any jurisdiction, for I am of non-subject status.

Consistent with the eternal tradition of natural common law, I have committed no crime unless I have harmed or violated someone or their property, and am therefore not subject to any penalty.

I act in accordance with the following United States Supreme Court case:

*"The individual may stand upon his constitutional rights as a citizen. He is entitled to carry on his private business in his own way. His power to contract is unlimited. He owes no such duty [to submit his books and papers for an examination] to the State, since he receives nothing therefrom, beyond the protection of his life and property. His rights are such as existed by the law of the land [Common Law] long antecedent to the organization of the State, and can only be taken from him by due process of law, and in accordance with the Constitution. Among his rights are a refusal to incriminate himself, and the immunity of himself and his property from arrest or seizure except under a warrant of the law. He owes nothing to the public so long as he does not trespass upon their rights."* — Hale v. Henkel, 201 U.S. 43 at 47 (1905).

Thusly: be it known to all, that I reserve my natural common law right not to be compelled to perform under any contract that I did not enter into knowingly, voluntarily, and intentionally. Furthermore, I do not accept the liability associated with the compelled and pretended "benefit" of any hidden or unrevealed contract or commercial agreement.

As such, the hidden or unrevealed contracts that supposedly create obligations to perform, for persons of subject status, are inapplicable to me, and are null and void. If I have participated in any of the compelled "benefits" associated with these hidden contracts, I have done so under duress for lack of any other practical alternative. I might have received such "benefits" but I have not accepted them in a manner that binds me to anything.

Any such participation does not constitute "acceptance" in contract law, because of the lack of full disclosure of any valid "offer," and voluntary consent without misrepresentation or coercion, under contract law. Without a valid voluntary offer and acceptance, knowingly entered into by both parties, there is no "meeting of the minds" and therefore no valid contract. Any supposed "contract" is therefore void, *ab initio*.

From my age of consent to the date affixed below I have never signed a contract knowingly, willingly, intelligently, and voluntarily whereby I have waived any of my natural common law rights, and, as such, **Take Notice** that I revoke, cancel, and make void *ab initio* my signature on any and all contracts, agreements, forms, or any instrument which may be construed in any way to give any agency or department of any federal or state government authority, venue, or jurisdiction over me.

This position is in accordance with the U.S. Supreme Court decision of Brady v. U.S., 379 U.S. 742 at 748 (1970):

"Waivers of Constitutional Rights not only must be voluntary, they must be knowingly intelligent acts, done with sufficient awareness of the relevant circumstances and consequences."

All Rights Reserved

*[signature]*
david everett robinson

On this 27th day of October, 2014 the above-signed person acknowledged that s/he executed the same.

*[signature]* Elizabeth Reno
notary public
My Commission Expires

ELIZABETH R. RENO
Notary Public, Maine
My Commission Expires October 27, 2017

David E. Robinson, 3 Linnell Circle, Brunswick, Maine [04011]