## 2. SCANNED   LETTER OF DISMISSAL

October, 20, 2014

U.S. DISTRICT COURT
PORTLAND. MAINE
RECEIVED AND FILED

Dear Joel Vincent,

I have concluded, with all due respects, that I have made three mistakes. I was intimidated by circumstances into (1) making a "plea" to the court, and (2) accepting a court appointed attorney, and (3) thereby unknowingly granting jurisdiction to the court. I object to the role of "defendant" and reject and withdraw that role. I was simply one of the "accused".   DEPUTY CLERK

I claim my common law right under, UCC 1-308 and 1-106.3, not to be bound by ANY contract (including citizenship allegation) that is not fully disclosed, is tainted by fraud, is unilateral, is inequitable, is entered into by third parties claiming to "represent" me, or contracts that are deemed to exist as a result of my receiving compelled "benefits" or "benefits of monopoly inducement" (i.e. for example, the use of Federal Reserve Notes).

I have a right to face my Accuser — My correspondence to the court is being ignored.

In 1917 under the so-called "War Powers Act" and the "Trading With The Enemy Act" the Congress conscripted (borrowed) all of the people's property (or rather improperly claimed to) "for the war effort" and after the war ended they simply never gave it back.

That is how FDR appeared to have a valid claim against the real states of America and the real people, and this what the banks have based their claims upon.

However, conscription only implies borrowing — not theft. They have not paid the interest on the civil maritime loan and admiralty maintenance costs owed to my ESTATE nor have they returned my estate to me its rightful owner, free and clear of debt.

This is similar to what the FED did with the gold they owed to the Chinese government. The UNITED STATES and all of its federal STATES owe we the people the remedy they guaranteed us of the interest and maintenance fees due.

The Birth Certificate entered in my NAME is my receipt showing that they received my estate — its my claim check, so to speak. I am the creditor of the ESTATE and the creditor of the INTERNAL REVENUE SERVICE and they owe me far more than I can ever owe the IRS and I have claimed my remedy to swap dollar for dollar credit that they owe me for credit the ESTATE owes them — a mutual credit offset exemption exchange which is the remedy they promised by Public Law, Public Policy HJR-192, and the Uniform Commercial Code.

It is outragious that the IRS has brought such a charge against me and also outrageous that the INTERNAL REVENUE SERVICE has failed to pay my claim on demand. I, as the entitlement holder, have been falsely accused and deliberately mischaracterized as a federal employee who is responsible for this untoward state of affairs.

Who is "defrauding" whom? Am I defrauding the federal government out of payment that a federal ESTATE owes, or is the federal government defrauding me via identity theft, probate fraud, and refusal to honor their commercial agreement to pay the bills and the maintenance on the property they conscripted for a war effort that ended one hundred years ago?

So the party at fault is the Federal Reserve agency now doing business as the INTERNAL REVENUE SERVICE under the auspices of the UNITED NATIONS Corporation.

I, the living flesh and blood ***david everett robinson,*** do not consent to having my account rolled over and redefined as a transmitting utility belonging to the UNITED NATIONS Corporation.

I cannot be held to any criminal charge for contempt of court when I am not properly addressed as the Defendant/DEFENDANT or for failure to comply with court orders issued in foreign jurisdictions to me. 99% of all IRS criminal actions to date are NOT for the charges that they describe or claim — most of which don't even have a description in any form of law but for so-called "contempt of court" — which is actually the only power that administrative courts have.

I have not been addressed and cannot be addressed as the Defendant/DEFENDANT. I know that all court actions and orders brought thus far in the United States are all taking place in foreign jurisdictions unrelated to me and my private standing as a Maine State Citizen.

I have decided to withdraw from this agreement and re-claim my position as the Executive Administrator of my Estate which gives me in turn the right to order the discharge of the allegations against Bill and Me for we are the Beneficiaries and equitable Secured Party Creditor title holders of our Estates.

Therefore:

I hereby dismiss you as my Court Appointed Attorney as I wish to be unrepresented henceforth.

I refuse to participate in the administrative procedures of this Court.

Very truly yours,

_____ */s/ **David Everett Robinson**_____

David Everett Robinson
c/o 3 Linnell Circle
Brunswick, Maine [04011]

c.c. james.w.chapman@usdoj.gov
thomas.delahanty@usdoj.gov
karen.e.kelly@usdoj.gov
tdilworth@dwmlaw.com
k1mnw@yahoo.com
ROBINSON AFFIDAVIT OF FACT

COPIES OF NOTARIZED ORIGINAL and CERTIFICATE OF SERVICE to follow via U.S. Postal Mail upon written request.