

OFFICE OF THE PRIVATE ATTORNEY GENERAL OF
THE INDEPENDENT MAINE REPUBLIC FREE STATE TRUST

david everett robinson, p.a.g.

August 29, 2014

U.S. DISTRICT COURT
PORTLAND, MAINE
RECEIVED AND FILED

2014 OCT 27  A 10: 50

DEPUTY CLERK

TO: Christa K. Berry, Clerk
UNITED STATE DISTRICT COURT
DISTRICT OF MAINE
156 Federal Street
Portland, Maine 04101

RE: USA vs. F. WILLIAM MESSIER
[AND] DAVID EVERETT ROBINSON
Criminal Docket No. 2:14-cr-00083-DBH-2

Dear Christa K. Berry, Clerk,

We are in receipt of your correspondence dated August 14, 2014 and are returning it to you as it has apparently been misaddressed. If it was your intention to address this correspondence to the living man david everett robinson and the living man francis william messier it is obviously a mistake and incomplete, as there is no **compliance and extradition order** allowing you to address living inhabitants of a foreign state, and no penal bonds were attached for our action, and no official copy of any charges recorded by a court of record were presented.

**If you mean to address the living men of similar name that must be clearly stated in writing and the proper procedure must be followed.**

Otherwise, there are no UNITED NATIONS CORPORATION transmitting utilities doing business as either "DAVID E. ROBINSON" or F. WILLIAM MESSIER being serviced at this and his address. Likewise there are no Puerto Rican ESTATE trusts doing business as DAVID EVERETT ROBINSON or FRANCIS WILLIAM MESSIER being administered at this or his address.

We note that "DAVID E. ROBINSON" and "F. WILLIAM MESSIER" are not even specific legal names.

**See 18 USC 1025:**

**Whoever, upon any waters or vessel within the special maritime and territorial jurisdiction of the United States, by any fraud, or false pretense, obtains from any person anything of value, or procures the execution and delivery of any instrument of writing or conveyance of real or personal property, or the signature of any person, as maker, endorser, or guarantor, to or upon any bond, bill, receipt, promissory note, draft, or check, or any other evidence of indebtedness, or fraudulently sells, barters, or disposes of any bond, bill, receipt, promissory note, draft, or check, or other evidence of indebtedness, for value, knowing the same to be worthless, or knowing the signature of the maker, endorser, or guarantor thereof to have been obtained by any false pretenses, shall be fined under this title or imprisoned not more than five years, or both; but if the amount, value or the face value of anything so obtained does not exceed $1,000, he shall be fined under this title or imprisoned not more than one year, or both.**

To further set your recordkeeping straight and avoid any further confusion, we herein provide you with our **Commercial Affidavit:**

We cannot be held to be in "contempt of court" for failure to perform COURT ORDERS which are issued to other, incorporated "persons" existing in foreign jurisdictions, especially as we have claimed and do claim our Common Law right preserved under Section 1-308 of the Uniform Commercial Code **not** to be held liable for performance of any contracts which are unilateral, undisclosed, inequitable, created by Third Parties merely claiming to "represent" us, in breach of trust, or which are merely deemed to exist as a result of the receipt of any compelled benefit. We are also clearly informing you the Clerk that we are not incorporated entities and do not enjoy any benefit of franchise, operate at all times under 100% commercial liability, and are living men.

We specifically have repudiated all such defective contracts and agreements made by others purportedly acting "in our behalf" and serving to make us "US citizens", to have us declared legally dead, to probate our birthright estates, to name us "sureties" for the debts of their private, for-profit corporations, to redefine us as chattel of our own ESTATES in violation of international law against enslavement, to hypothecate debt against our assets, and pretend that their employers are instead their employees — thereby committing identity theft and personage against us. See 1934 Bankruptcy Act Section 101 (11) to confirm who the actual priority creditors are. All contrary claims arise from self-interested fiduciary trust fraud committed by the Roosevelt Administration eighty years ago and are owed no enforcement. We hold the only valid power of attorney for ourselves and our private property assets and we act without representation.

You are addressing the actual priority Secured Party Creditors of the entities you have named as DEFENDANTS, while representing the interests of secondary creditors. You have done so under the pretense or honest mistake that we have agreed to the probate of our birthright estates and that we have agreed to act as Sureties for the debts of the UNITED STATES OF AMERICA and/or the UNITED STATES, when we have clearly informed you otherwise. You are also pretending that living men are "the same as" ESTATE Trusts and Transmitting Utilities formed under Washington, DC Municipal Statute, Chapter 2 Vital Statistics, Section 7-201, paragraph 10 — clearly an act of personage and allowance of barratry on the part of the Clerk's Office.

We have informed both the INTERNAL REVENUE SERVICE (FEDERAL RESERVE) and the IRS (IMF) that we are not dead and not executors of our own ESTATES. There are no "decedent infants" per IRM 21.7.13.3.2.3 and we do not voluntarily choose to act as withholding agents nor as warrant officers of any missing "vessels"; instead, we have exercised our reversionary interest in our birthright estates and directed the INTERNAL REVENUE SERVICE to provide settlement and closure of **all** accounts. We freely revoked our "election to pay" (26 USC 6013 (g) (4) (A)) and are thereby prevented from ever paying or extending credit for the payment of any corporate "income" tax again. The failure of the INTERNAL REVENUE SERVICE to do their own job in no way reflects upon us. See: 12 USC 95(a)(1)

"(2) Any payment, conveyance, transfer, assignment, or delivery of property or interest therein, made to or for the account of the United States, **or as otherwise directed**, pursuant to this section or any rule, regulation, instruction, or direction issued hereunder shall to the extent thereof be a full acquittance and discharge for all purposes of the obligation of the person making the same; and **no person shall be held liable in any court** for or in respect to anything done or omitted in good faith in connection with the administration of, or in pursuance of and in reliance on, this section, or any rule, regulation, instruction, or direction issued hereunder."

We suggest that if "DAVID E. ROBINSON" or "F. WILLIAM MESSIER" is guilty or suspect of any such crimes, you immediately contact the UNITED NATIONS corporate headquarters, and if "DAVID EVERETT ROBINSON" or "FRANCIS WILLIAM MESSIER" is the purported criminal, you contract the Secretary of the Treasury of Puerto Rico, who caused this legal fiction entity to be created and operated "in our names" without our knowledge or consent.

Suggesting that we, living men, are now or ever were liable to file any tax returns for these foreign corporate entities when we **were never even informed about their existence** by any agent of the FEDERAL RESERVE dba UNITED STATES OF AMERICA dba INTERNAL REVENUE SERVICE or the IMF dba UNITED STATES dba IRS is to plead that you and the corporations you work for have the right to impose peonage and commit war crimes including probate fraud, fiduciary trust fraud, unlawful conversion, identity theft, personage and barratry against the peaceful inhabitants of the united States of America — people who are owed your good faith service under commercial service contract, a contract that we now consider to be in default and increasing the public debt.

The nature of the "United States District Court, Inc." must also be addressed. As a corporate tribunal **you are limited to addressing corporate entities.** As a "court" employed by the United States of America (Minor) — the "union" of "American States" more commonly thought of as federal territories and possessions — **you are limited to addressing "US citizens".** As a Municipal Court acting under the auspices of Washington, DC **you are limited to addressing "US CITIZENS".**

You have been clearly informed that we, the living men known to the public as "david everett robinson" and "francis william messier" are none of the above. We are American State Citizens of Maine, owed our birthright status and standing, which we have claimed; we are peaceful inhabitants of the united States of America and have never knowingly, willingly, and with full disclosure, agreed to any other status, identity, or obligation.

Finally, the ESTATES erroneously established "in our NAMES" have been extracted with-prejudice back onto the land jurisdiction of our birthright. See UCC-1 File #2030001612569-95 and UCC-1 File #2110002096998-37.

If The Clerk of the Court of the United States District Court, Inc. has any further questions or concerns related to the living men you have been informed and advised.

Sincerely,

*[signature]*

david everett robinson, non-negotiable autograph, all rights reserved.
c/o 3 Linnell Circle, Brunswick, Maine [04011]

C.C.:
James W. Chapman, Jr. U.S. Trial Attorney, tax division, 156 Federal Street, Portland, Maine 04101
U.S. Marshal Service, Noel C. March, 156 Federal Street, Maine 04101
U.S. Probation Office, 400 Congress Street, 5th floor, Portland, Maine 04101