UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>v. )<br>)<br>F. WILLIAM MESSIER AND )<br>DAVID EVERETT ROBINSON, )<br>)<br>DEFENDANTS ) | CRIMINAL NO. 2:14-CR-83-DBH |

PROCEDURAL ORDER

The defendant David Robinson has filed today a motion to dismiss in this case, which he purports to file on behalf of "David Robinson & William Messier." The defendant Messier has his own lawyer, Mr. Robinson is not a lawyer, and the Clerk is therefore **ORDERED** to treat this filing as only on behalf of Mr. Robinson, with no bearing on the case against Mr. Messier.

SO ORDERED.

DATED THIS 30TH DAY OF OCTOBER, 2014

/S/ D. BROCK HORNBY
D. BROCK HORNBY
UNITED STATES DISTRICT JUDGE