SCANNED

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

UNITED STATES OF AMERICA )
)
v. ) Criminal No. 14-cr-00083-DBH
)
DAVID ROBINSON & WILLIAM MESSIER )

## MOTION TO DISMISS

**NOW COMES** David Robinson speaking for Defendants, DAVID E. ROBINSON & F. WILLIAM MESSIER, and motions this court for DISMISSAL of Criminal No. 14-cr-00083-DBH for failure of initial Due Process. In support of this motion, counsel states as follows:

1. For an accusation to be valid, the accused must be accorded due process. The accuser must have complied with law, procedure, and form in bringing the charge. This includes court-determined probable cause, proper summons, and **notice of procedure**. If lawful process may be **abrogated** in placing a citizen in jeopardy, then any means may be utilized to **deprive a man of his freedom**, and all dissent may be stifled by the utilization of **targeted prosecution** and **defective process**.

2. **"The essential elements of due process are <u>notice</u> and an opportunity to defend"** (Simon v Craft, 182 US 427) prior to seizure.

3. David was unreasonably seized from his security of mind by a court summons and charged and arraigned without **due process notice** and an **opportunity to defend** — and without a **warrant** indicating any court-determined probable cause, nor a **Miranda warning** prior to being allegedly indicted for so-called **conspiracy to defraud the de facto corporate United States, Inc.** by a grand jury not of his peers. No one ever told him that they thought he erred in any way.

4. Without **lawful notice** there is no **personal jurisdiction**, and all proceedings prior to filing of a **proper trial document** in compliance with the **seven elements of jurisdiction**, are void. Otherwise, there is no **lawful notice**, and the charge must be dismissed **for failure to state an offense**.

5. Most bureaucrats lack the elementary knowledge and incentive to comply with the mandates of **constitutional due process**.

6. Numbers of people, beyond count, have been convicted without benefit of governmental adherence to the seven elements of jurisdiction. Today, similar informations are being filed and prosecuted by so-called **"accepted practice"** rather than **due process of law**.

AMENDMENT IV
"The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no warrants shall issue, but upon probable cause, supported by oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized."

7. Corpus Juris Secundum assumes courts will operate in a lawful manner. If the accused makes this assumption, he may learn, to his detriment, through experience, that certain questions of law, including the question of personal jurisdiction, may never be raised and addressed.

8. Jurisdiction, once challenged, is to be proven, not by the court, but by the party attempting to assert jurisdiction. The burden of proof of jurisdiction lies with the asserter. The court is only to rule on the sufficiency of the proof tendered. See, McNutt v. General Motors Acceptance Corp., 298 U.S. 178 (1936).

9. The origins of this doctrine of law may be found in MAXFIELD v. LEVY, 4 U.S. 330 (1797), 4 U.S. 330 (Dall.) 2 Dall. 381 2 U.S. 381 1 L.Ed. 424.

10. The following bibliography of material evidence supporting this motion to dismiss is noticed herein for the consideration of the Court.

11. *Maine Lawsuit Against The IRS / For Unfair Trade Practices*     ISBN 9781480033191
   *Failure To File & Conspiracy / No. 2:14-CR-00083-DBH*     ISBN 9781502951571
   *Meet Your Strawman / And Whatever You Want To Know*     ISBN 9781492877677
   *Commercial Law Applied / Learn To Play The Game*     ISBN 9781478390350
   *Be The One / To Execute Your Trust*     ISBN 9781478144830
   *Commercial Redemption / The Hidden Truth*     ISBN 9781448691531
   *Give Yourself Credit / Money Does't Grow On Trees*     ISBN 9781453645369
   *Patriot Publications / A Maine Patriot's Book List For You*     ISBN 9781500771669

**Wherefore,** Sovereign counsel respectfully requests that **this infected case** be dismissed for **targeted prosecution** of **outspokenness** and **defective process**.

October 30, 2014        /s/ David Robinson
                               Sovereign counsel for DAVID E. ROBINSON
                               *and in behalf of* F. WILLIAM MESSIER
                               drobin88@comcast.net

*David E. Robinson* (signature)