UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| USA | ) |
| | ) |
| | ) |
| v. | ) CRIMINAL NO. 2:14-cr-83-DBH-002 |
| | ) |
| | ) |
| DAVID EVERETT ROBINSON | ) |

**The following exhibits are on file in paper with the Clerk's Office**

- The bibliography of material evidence supporting the motion to dismiss, see list on page 2 of Robinson's Motion to Dismiss.