**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| **DAVID ROBINSON** | ) |
| | ) |
| v. | )  Criminal No. 2:14-cr-00083-DBH-2 |
| | ) |
| **UNITED STATES OF AMERICA** | ) |

## BACKGROUND RESPONSE

**NOW COMES** David Robinson, *Pro Se In Triformis,* speaking for Defendant fictional, DAVID ROBINSON, giving notice to the people and the court of his private personal understanding and beliefs.

In support of this notice, David Robinson discloses — for the record — the following contemporary facts that he accepts as true . . .

1. The United States "Government" is not like most assume it to be. The United States is a Company — a corporation. USA Inc. is a legal fiction operating in commerce for-profit and bankrupt under limited liability insurance. It is a business.

2. "US Citizens" are employees of the corporation and are subject to its by-laws known as United States statutes, acts, codes, regulations and rules.

3. The DeFacto United States "Government" induced us to become a trust because the United States is bankrupt and in order to borrow so-called "money" through loans from international bankers, USA Inc had to put up collateral, sureties had to be put in place to secure repayment of the loans to the creditors of the bankruptcy.

4. After all the land of America had been pledged as surety (for loans of prior bankruptcies) the only thing left for the bankrupt United States to pledge, in the early 1930's, was its Citizens — the people of the land, their property, including their own babies and their life-span's worth of commercial energy — all pledged as surety for the National (actually congress's) Debt.

5. Why would they need to get loans from international bankers? Well, the reality is that we are the creditors — we're the controllers of the public trust — but we haven't been acting that way. The majority of folks in America don't even know about this, let alone are they acting like the creditors that they really are. We are not funding the Public as we could be doing, so they have to go get money from someplace else — they have to go seek out some other creditors who will extend them credit because the American people of the nation are not doing it themselves, as we could be . . . So, in order to borrow money through loans from international bankers, the USA Inc. had to put up collateral for the loans.

6. This is not the first bankruptcy... I'm referring to the early 1930's where there was a bankruptcy but that was not the first one. So by the time that bankruptcy took place, the only thing left to pledge was the people on the land.

7. So we've made ourselves liable for the debts of the United States of America, Incorporated, and when the USA Inc. defaults, we become responsible for that. The debt doesn't just go away. Somebody is responsible for taking care of it.

8. The Federal Corporation wanted the collateral (your estate) to be registered with the state, based on the constitutional provision that the state would have to share the assets with the National Government to set-off the debt. By our relationaship with the State via the filing of the Birth Certificate the state could reform your estate into a beneficial interest that would help to underwrite the national government.

9. They are buying and selling the souls of man ... All these estates represent the gifts God gave us, and they are buying and trading those as securities.

10. The entity that issues a certificate is the legal title holder, and the entity named on the certificate is the equitable title holder and beneficiary.

11. The State issues a certificate of title because the state is the trustee (legal title holder) and your strawman (the entity the state contracted with) is the beneficiary. Remember, the state contracted with your public trust, the all capital letter name strawman, JOHN DOE, the legal fiction that you do commerce with and as, and your strawman holds equitable title to the property that you think you own, evidenced by the Birth Certificate, issued to you by a state trustee.

12. Because you issued a grant to the state for them to be the legal title holder of all that you think you own, all their statutes involving the ownership and operation of such, are the trustees' rules for possession and use of the property that you think you own.

13. It is important to understand that the strawman corporation is the beneficiary of the Public Trust. Not the living man or woman, because everything involved in the trust deals with titles and nobility and it's all fiction; the parties are just playing their roles. The state creates all the rules for the use of and operation of your things, and you have consented to it by contract. When you register anything with the state, or the federal government, its title is placed in trust and a grant of ownership is made to the state.

14. It was a voluntary act, and now the strawman enjoys beneficial use of the property as long as he stays within the boundaries of the trustee's regulations and rules regarding the property you think you own.

15. <u>Note</u>: The legal title holder (the state) does not have the right of possession — and as long as the equitable title holder (your strawman) is following the rules with regard to anything dealing with the

collateral (the property), the state has no right to take it away — 9/10th possession is the law. You are the controller of the Public Trust because you FUND the Public Trust, but your control is from the Private domain. We can't be seen in the Public domain because we are real living men and women; but we are the trustee of the private trust and because the public trust arises from the private trust that we control — we can control the funding of the Public trust. We actually do because all of our estate is pledged, but we haven't been doing a very good job — we haven't been controlling it. We've just been leaving it to the wind, so the USA Inc. has to go and get money from others, because the people of the nation won't step up and be creditors. I just wanted to make that distinction here.

### Ways To Get Back Our Rights

16. A UCC-1 Filing shows two separate entities, which, under the rules of evidence, appear in their record, showing one as a creditor and one as a debtor. The creditor is in the Republic and the debtor is in the Democracy.

17. Filing is a legislative notice of the separation of two parties, both appearing to have the same name, but legally and commerically being separate entities. We do this to understand what we are doing and to help ourselves learn. Through the filing of that paperwork it becomes clearer to us what we are doing. The paperwork is not what's gonna save us. It's just me, able to hold my contract with my words, my actions, and my deeds. This is what is going to make or break my contract with the world. Very, very, important.

18. The United States cannot appear in the Republic; they need trustees to represent the substance of the people's assets so the people will have a remedy. The trustees that represent the assets and the rights of the Private sector are the Secretary of Treasury of the United States, the Secretary of State of the United States, and the Attorney General of the United States. If you fight with any of these agencies, you are screwing up your remedy.

19. These are the most important people in government in our lives (the trustees) if we choose to act in the capacity of a sovereign. This is our remedy under private international law. Which is the same as our rights given by God — or the Creator — or whatever you want to call it.
    As long as the Birth Certificate is registered in the Public (at the Depository Trust Company, 55 Water Street, New York, N.Y.), it is a legal public trust — a public equitable trust. To take our private rights back, what do we need to do with the Birth Certificate, if we want to get our rights back? We need to turn in the Birth Certificate. To whom? It is a commercial interest and should go to someone associated with the Treasury.

20. But first we want to move ourselves from the public venue to the private. And we evidence this on a properly filed UCC-1 Financial Statement showing that there are two separate entities with the

same name, one existing in the Republic, and one existing in the Democracy.

21. As noted earlier, the government took all of our estates. Theft under common law is taking what doesn't belong to you and not giving it back or compensating the party. What then did the government give back? Benefits and priviladges in the public domain. But... they took our real assets in the Republic and they are giving us benefits and priviledges that do not even go to us — they go to the strawman which isn't even ours; they control and own that too.

22. So where did the benefit come back to us? HJR-192. What is the remedy in the Republic? What did the government give us in place of taking our whole estate? HJR-192. The Government said that because we have all of your assets, we will discharge all of your debts dollar for dollar if you bring them to us — if you have a bill or a statement, send it to us, and we'll pay it dollar for dollar for you.

23. This unadvertised pledge exempts them from theft; they have compensated us for taking all of our estate. So we get to discharge all debts via our private, prepaid treasury account. The exemption account number we use is the same number as our strawman's Social Security Number (SSN) without dashes.

24. If we are not paying the debts we've contracted to pay for, and we are not setting off the liabilities we've created in the public, by using debt instruments to "pay" for things such as deposits, using checks, making purchases, etc., we cannot be a creditor. Paying debt with other debt instruments creates liabilites all over the place. "NOVATION" is substituting one debt for another debt, this is all we are doing. We need to set-off and pay these debt liabilities that exist in the public domain with our private prepaid treasury account.

25. What if you took all deposit slips, receipts, and returned cancelled checks, and accepted them for value, and attached a bond, and a 1040V, to set-off and close those accounts, fees, penalties, and interest, associated with those liabiliaites, and tell the Treasury to tender them, dollar for dollar, under HJR-192?

26. Any liability you've created would be set-off. This takes it off the public liability system. If we are going to be in harmoney, we need to be in honor. We've got to generate responsibility. We in the Republic, are creditors, and if we act as such we can decrease the constantly increasing national debt, instead of acting as debtors and constantly passing off the debt, with more debt — creating an endless spiral of debt — when we have the power to pay the debt off. And it's time that we use our credit power — wisely.

As the Undersigned, I hereby verify, under penalty of perjury, under the laws of the **United States of America,** without the "**United States**" (the federal government), that the above statement of facts and

laws is true and correct, according to the best of My knowledge and belief, so help Me God, pursuant to 28 U.S.C. 1746(1). See the Supremacy Clause for Constitutional authority.

SINCERELY,

Dated: ____11/12/14____

Signed: ___/s/ *david everett robinson*___

Printed: David Everett Robinson

## CERTIFICATE OF SERVICE

This is to certify that a copy of this **Background Response** was filed with the court and notice was provided to the following Assistant United States Attorney:

> James Chapman, Assistant United States Attorney
> 100 Middle Street
> Portland, Maine 04101
> (207) 780-2357     james.chapman@usdoj.gov
>
> Joel Vincent, Co-Counsel
> 44 Exchange Street
> Portland, Maine 04101
> (207) 761-1931     jvincent802@gmail.com

DATED: November 12, 2014  /s/ *david robinson*

**David E. Robinson**
**3 Linnell Circle**
**Brunswick, Maine 04011**
**(207) 798-4695**