## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| **DAVID ROBINSON** | ) |
| | ) |
| v. | ) Criminal No. 2:14-cr-00083-DBH-2 |
| | ) |
| **UNITED STATES OF AMERICA** | ) |

### EQUITY INTEREST RECOVERY INFORMATION

**NOW COMES** David Robinson, *Pro Se In Triformis*, speaking for Defendant fictional, DAVID ROBINSON, giving notice to the prople and the court of his private personal understanding and beliefs.

In support of this notice, David Robinson discloses — for the record — the following contemporary facts that he accepts as true . . .

1. During the financial crisis of the Great Depression of 1929-1933, *the tangible substance of real money* (gold and silver) was removed from the monetary system of the United States.

2. In its place the *intangible substance* of the American people (the wealth and productivity that belongs to them) was pledged by the government as collateral for the debt, credit, and currency of the UNITED STATES, and placed at risk so Commerce could continue to function. This is well documented in the actions of President Roosevelt and Congress and in the Congressional debates that preceded the execution of reorganization measures in bankruptcy.

3. *"The new money* (paper Federal Reserve Substitutes for real money) *is issued to the banks in return for Government obligations, bills of exchange, drafts, notes, trade acceptance, and banker's acceptances.*

4. *"The new money will be worth 100 cents on the dollar, because it is backed by the credit of the nation. It will represent a mortgage on all the homes and other property of all the people in the nation."* — Senate Document No. 43, 73rd Congress, 1st session.

5. This new money belongs to *"all the people in the nation."*

6. The National Debt is defined as *"mortgages on the wealth and income of the people of the country."* — Encyclopedia Britannica, 1959. The people's wealth is their income, productivity, and private property.

7. The *bankruptcy reorganization* of the UNITED STATES is evidenced by — 1) the Emergency Banking Act of March 9, 1933, — 2) House Joint Resolution 192 of June 5, 1933, and — 3) the Series of Presidential Executive Orders that surround them.

Twenty years prior to this on December 23, 1913, Congress passed *"An Act to Provide for the*

*establishment of Federal Reserve Banks to furnish an Elastic Currency to afford a means of rediscounting Commercial Paper and to establish a more effective Supervision of banking in the United States and for Other Purposes"* **called The Federal Reserve Act.**

9. One of the *"other purposes"* of the Federal Reserve Act was to authorize the *hypothecation* of the obligations of the UNITED STATES which the Federal Reserve Banks were authorized to hold under 12 USC 14(a). An *hypothecation* is a *"pledge of property as security or collateral for a debt without delivery of title or possession."* — *Federal Reserve Act, section 14(a).*

10. A *tacit hypothecation* is a hidden lien or mortgage on property that is created *by operation of law* without the parties express knowledge or agreement creating a *tacit mortgage* or *tacit maritime lien*.

11. A *tacit hypothecation* is a *hidden taking of assets* owned by a party other than the taker to be used as collateral for a loan without transferring the owner's title or use to the taker.

12. If the *owner of the assets* that the *taker takes* and uses as collateral for a loan retains the possession and use of the property, but the bank (the lender to the taker/borrower) can take and sell the property in the event that the borrower (the taker of the assets) defaults on the loan, the action is called in words of art a *pledge of assets* to the taker.

13. If the *taker of the assets* pledges the assets to a bank as collateral for a loan, the process is called (in words of art) a *re-hypothecation*. In either a *hypothecation* or a *re-hypothecation* there is equitable risk to the actual owner of the assets.

14. Federal Reserve Notes are **"obligations of the United States"** to the American people and the Federal Reserve Bank. — *Federal Reserve Act, section 16; codified at 12 USC 411.*

15. *"The full faith and credit of the United States"* is the *substance taken from the American people by hypothecation,* the real property, wealth, assets and productivity of the people that has been *re-hypothecated* to the Federal Reserve Bank by the UNITED STATES for its obligation to the Federal Reserve and US issuance and backing of *borrowed Federal Reserve Notes* as legal tender *"for all taxes, customs, and other public dues."*

16. In other words, the *hidden taking of the assets* of the American people to be used in Commerce by the UNITED STATES while leaving the people with possession and use of those assets is called in words of art an *hypothecation*. If the taker of the assets (*the US*) pledges the same assets to a bank (**the FRB**) as collateral for a loan the procedure is called (in words of art) a *re-hypothecation*.

17. In either a *hypothecation* or a *re-hypothecation* equitable risk and interest accrues to the owners of the assets (the American people), therefore *Federal Reserve Notes are <u>priority obligations</u> of the United States <u>to the American people</u> and <u>secondary</u> obligations of the United States <u>to the Federal Reserve Bank</u>.*

18. The commerce and credit of the people of the united States of America continues today under the *bankruptcy reorganization of the UNITED STATES* as it has continued since 1933 backed by the *assets and wealth of the American people* at risk for the federal government's obligations, currency, and Federal Reserve Notes.
19. Under the 14th amendment, and numerous Supreme Court precedents, and in equity, the private property of the American people cannot be taken or pledged to the UNITED STATES for public use and put at risk *without due process of law and just compensation* (remedial recovery of equity-interest).
20. The UNITED STATES cannot pledge and risk the property and wealth of the people of America for any government purpose *without legally providing them with REMEDY* to recover the equity-interest that is due them on their risk. Courts have long ruled that to have one's property legally held as collateral or surety for a debt, even when one still owns it and has the use of it, is to DEPRIVE the owner of his property since it is at risk and could be lost for the debt at any time.
21. The United States Supreme Court said that the Constitution provides that *"private property shall not be taken for public use without just compensation."* (United States v. Russell, 13 Wall, 623, 627).
22. The owners of the assets are presumed to be *subrogated* to the taker and therefore liable for the taker's payments on his bank loans. *Subrogation* is the substitution of one party for another whose debt the party pays, i.e. the sovereign is presumed to be substituted by the government created strawman.
23. *"The right of subrogation is not founded on contract. It is a creature of equity, enforced solely for the purpose of accomplishing the ends of substantial justice, and is independent of any contractual relations between the parties." — Memphis & L.R.R.Co. vs. Dow, 120 US 287, 302-302 (1887).*
24. The American people who own the assets and originating credit are presumed to be subrogated to the corporate UNITED STATES and therefore liable for Congress' interest payments to the non-federal Federal Reserve on the Lawmaker's borrowed and ever increasing National Debt.
25. Under the *laws of equity,* the United States of America cannot hypothecate and re-hypothicate the property and wealth of its private citizens and put it at risk as collateral for its currency and credit with the Federal Reserve Bank or any other bank without legally providing them with an equitable REMEDY for recovery of what is due and payable to them upon demand.
26. The United States government does not violate the law nor the Constitution by doing this in order to collateralize its financial reorganization under bankruptcy to the Federal Reserve Bank because the United States government does in fact provide a legal REMEDY for the recovery of what is due to

27. them as accrued interest for risking their assets and wealth, so that it can legally hypothecate and re-hypothecate the private wealth and assets of the people who back its obligations and currency with
28. their substance and credit and their implied consent.
    The provisions for the REMEDY are found in Public Policy HJR 192 of 1933 (a.k.a. Public Law 73-10) that suspended the gold standard for US currency and abrogated the right to demand payment in gold, and made Federal Reserve Notes legal tender for the first time, *"backed by the substance or credit of the nation"* — i.e. backed by the *substance and credit* of the People of America. All US currency since 1933 is only CREDIT backed by the real property, wealth, assets and future labor of the sovereign People of America, taken by *presumptive pledge* by the UNITED STATES and *re-pledged* for a *secondary obligation* to the Federal Reserve Bank.
29. The sovereign American people cannot recover what is due them by anything drawn on Federal Reserve Notes of debt without expanding their risk and obligation to themselves, because any recovery payments backed by this type of currency (negative FRNs) would only increase the public debt that they are collateral for, which in equity would not satisfy anything, but which the REMEDY in equity is intended to reduce, because there is no longer *actual money* of substance with which to pay anybody anything.
30. There is no *actual money* in circulation today by which debt owed by one party to another can actually be paid.
31. Although declared legal tender for all debts public and private in the bankruptcy reorganization, Federal Reserve Notes of debt can only *discharge charges of debt,* whereas debt must be *payed with substance,* i.e. gold, silver, barter or some commodity, *and extinguished.*
32. For this reason the "Public Policy" of our current monetary system (HJR 192 of 1933) uses the technical term **"discharge"** as opposed to **"payment"** in laying out Public Policy for the monetary system of this New World Order, because *a debt cannot pay a debt* ; a negative charge cannot neutralized a negative charge it just increases it.
33. Ever since 1933, Commerce in the corporate UNITED STATES and among its sub-corporate entities has been conducted only with negative instruments of debt, i.e. debt note instruments by which the liability of a debt is *discharged* and transferred to someone else, in a different form, but never *extinguished* until lawful, substance backed *"money of account of the United States"* is restored.
34. The unpaid debt created and expanded by the current Monetary plan carries a "public liability" for its collection, because when debt is discharged with debt instruments in Commerce (FRNs included) the debt is expanded instead of extinguished, thus expanding the public debt — a situation eventually fatal to any economy.

35. Congress and the government officials who devised the public laws and regulations that orchestrate the bankruptcy reorganization of the corporate UNITED STATES, anticipated the long term effect of the *debt based monetary system* that many in government feared, which we face today in servicing the interest on trillions upon trillions of "dollars" of US *negative corporate debt,* so government officials made statutory provisions for REMEDY to provide *equity-interest-recovery* and satisfaction to their Sureties (sovereign Americans), and at the same time alleviate, if not eliminate the National Debt problem as well.

36. Since the real property, wealth and assets of all Americans is the *substance* backing the obligations, currency and *credit* of the UNITED STATES, such credit of the UNITED STATES is tacitly offered, and can be used for *equity-interest recovery* via mutual offset credit exemption exchange. The legal definitions written by Congress relating to legal tender provide for private unincorporated people to issue promissory notes for *equity-interest-recovery* on their risk by the lawful tender payment of legitimate debts in Commerce as REMEDY due them in the financial *reorganization in bankruptcy* now in effect; ongoing since 1933.

37. Public Policy HJR 192 of 1933 provides for the discharge of every obligation "dollar for dollar" of and to the federal UNITED STATES by discharging the obligations that private unincorporated people owe against the same dollar for dollar amount of obligation that the UNITED STATES owes to them thus providing a REMEDY for orderly *equity-interest recovery* and the eventual cancellation of the corporate, public debt.

38. *The public debt is that portion of the total federal debt that is held by the public. — 31 USC 1230.*

39. Public Policy HJR 192 of 1933 (Public Law 73-10) and 31 USC 5103 gives the Secured Party Creditor of the UNITED STATES the right to issue legal tender promissory notes *"upon the full faith and credit of the UNITED STATES"* as obligations of the federal UNITED STATES. For these reasons, no creditor can require tender of any specific type of currency in place of *prom-*

40. *issory notes* tendered in good faith for legitimate debt.
    The REMEDY for *equity-interest recovery* via mutual offset credit exemption exchange is codified in statutory law even though *mutual offset credit exemption exchange* is virtually unknown and seldom utilized in Commerce today.

As the Undersigned, I hereby verify, under penalty of perjury, under the laws of the **United States of America**, without the "**United States**" (the federal government), that the above statement of facts and laws is true and correct, according to the best of My knowledge and belief, so help Me God, pursuant to 28 U.S.C. 1746(1). See the Supremacy Clause for Constitutional authority.

**SINCERELY,**

Dated: ____11/11/14____

Signed: ___/s/ *david everett robinson*___

Printed: David Everett Robinson

*[signature: David E. Robinson]*

## CERTIFICATE OF SERVICE

This is to certify that a copy of this **Equity Interest Recovery Information** was filed with the court and notice was provided to the following Assistant United States Attorney:

> James Chapman, Assistant United States Attorney
> 100 Middle Street
> Portland, Maine 04101
> (207) 780-2357        james.chapman@usdoj.gov

> Joel Vincent, Co-Counsel
> 44 Exchange Street
> Portland, Maine 04101
> (207) 761-1931        jvincent802@gmail.com

DATED: November 11, 2014  /s/ *david robinson*

**David E. Robinson**
**3 Linnell Circle**
**Brunswick, Maine 04011**
**(207) 798-4695**