UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

DAVID ROBINSON )
 )
v. ) Criminal No. 2:14-cr-00083-DBH-2
 )
UNITED STATES OF AMERICA )

## NOTICE TO CONGRESS & TO THE COURT

**NOW COMES** David Robinson, *Pro Se In Triformis,* speaking for Defendant fiction, DAVID ROBINSON, giving notice to congress and the court of his private personal understanding and beliefs.

In support of this notice, David Robinson discloses — for the record — the following contemporary facts that he accepts as true . . .

1. The most recent round of fraud began on March 28, 1861. The day the Congress of the united States of America adjourned for lack of quorum and never reconvened. Ever since, "Congress" has functioned in one of three roles —

    (a.) as a corporate Board of Directors for private, mostly foreign-owned and deceptively named governmental services corporations operated by banking cartels (the Federal Reserve running the "United States of America, Inc.," and the IMF running the "UNITED STATES") or —

    (b.) the government of a legislative democracy calling itself the United States of America (Minor) - American "states" more often thought of as federal territories and possessions - Guam, Puerto Rico, etc., or —

    c.) operating as a plenary oligarchy ruling the Washington DC Municipal Government.

2. All this time when we thought the members of Congress were representing us and our interests, they've been representing other interests entirely. That explains a lot, doesn't it?

3. On March 6, 1933 the "President" of the "United States of America, Inc.", Franklin Delano Roosevelt, attended a Conference of Governors meeting. These "Governors" were all "State" franchise managers of the United States of America, Inc., exactly like local franchise owners of Burger King or Sears. They got together and pledged the assets of their customers — their employers — the American states and people — as "sureties" (co-signers) for their private corporate debts. And then they bankrupted the "United States of America" and all the "State" franchises.

4. The "federal" States that were created by the 14th Amendment of their private for-profit corporation's look-alike, sound-alike "constitution" published as the "Constitution of the United States of America" are not the same as the actual States of the Union, nor are their "State" citizens the same as American State Citizens, nor are their "US citizens" the same as Citizens of the united States, but they pretended that they were and the banks gleefully agreed.

5. To secure the debt owed by the "United States of America, Inc.," the banks established maritime salvage liens against every parcel of land, every business, every man, woman, and child in America, and continued to operate their doppelganger corporation under Chapter 11 Reorganization. They laid claim to our "good faith and credit" — stole our credit cards — and our identity as an American State Citizen, and they never bothered to tell the us.

6. They also had us declared legally dead and probated our estate and issued bonds based on the value of our labor and private property.

7. Just look at "your" Birth Certificate — signed by the County Registrar, an officer of the probate court, issued in the NAME of a "dead person"—you — numbered as a bond and issued on bank bond paper. At the same time, they converted all our private bank accounts to the ownership of the ESTATE trust they created "in our name" and moved the ESTATE offshore to Puerto Rico where we and our assets supposedly come under the foreign maritime jurisdiction of the United States of America (Minor).

8. Look at the NAME on "your" bank account checks. Look at the micro-print signature line under a high powered magnifier. The IMF claims that it owns all your bank accounts. It claims that your ESTATE was "abandoned", and so now all the spoils belong to the bank. They are pressing "Congress" to pass "laws" to allow them to seize all American bank accounts — our savings, our retirement accounts, our checking accounts, everything. We have seen Dodd-Frank. Now we are seeing "bail-in" proposals. The Big Banks want "Congress" to front for their greed and criminality — again.

9. This is all fiduciary trust fraud, and fiduciary trust fraud has no statute of limitations. 1862 or 1933 or 2014 — it makes no difference. We suggest that members of Congress correctly assume their public offices under full 100% individual commercial liability — or be ousted and tried as criminals.

10. Next, we suggest that they honor their contract with America and issue debt-free public money—real American Dollars. Then liquidate all the "too big to fail" banks, tear up the corporate charters these entities have violated, seize back our purloined assets, and shut them all down. Meanwhile, the market for financial services will open up for banks operated under actual state charters.

11. This thing we have thought of as our government is nothing but a multi-national conglomerate run criminally amok. The real government of this country is vested in each of us. We all hold more civil authority on the land than the entire federal government. Deal with the "FEDERAL RESERVE" and "IMF" and "CONGRESS" the same way you would deal with "TARGET" or "WALMART" or "ARBY'S" if they grossly endangered, cheated, enslaved, and defrauded you. Keep calm and get even. You all know what to do.

12. We have the guaranteed Universal Right of Self-Declaration provided by United Nations Conventions, plus the protections of the Universal Declaration of Human Rights. We have the Geneva Conventions and the Lieber Code. We have the preserved right to Common Law, guaranteed by Uniform Commercial Code 1-308 and recourse guaranteed by 1-103.6, which includes the right not to be bound by any contract that is unilateral, inequitable, involuntary, undisclosed, tainted by fraud, not in-kind, entered in our behalf by others merely claiming to represent us, or deemed to exist as the result of receiving a compelled benefit or fruit of monopoly inducement. We have the absolute right to Expatriate from their maritime jurisdiction. We should do so.

13. When 400 million Americans stand up and clean house, the world will listen and hear the roar.

As the Undersigned, I hereby verify, under penalty of perjury, under the laws of the **United States of America**, without the "**United States**" (the federal government), that the above statement of facts and laws is true and correct, according to the best of My knowledge and belief, so help Me God, pursuant to 28 U.S.C. 1746(1). See the Supremacy Clause for Constitutional authority.

SINCERELY,

Dated: ____11/10/14____

Signed: ___/s/ *david everett robinson*___

Printed: David Everett Robinson

## CERTIFICATE OF SERVICE

This is to certify that a copy of this **Notice to Congress and to the Court** was filed with the court and notice was provided to the following Assistant United States Attorney:

>James Chapman, Assistant United States Attorney
>100 Middle Street
>Portland, Maine 04101
>(207) 780-2357      james.chapman@usdoj.gov
>
>Joel Vincent, Co-Counsel
>44 Exchange Street
>Portland, Maine 04101
>(207) 761-1931      jvincent802@gmail.com

DATED: November 10, 2014  /s/ *david robinson*

**David E. Robinson
3 Linnell Circle
Brunswick, Maine 04011
(207) 798-4695**