AMENDED

UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

<u>CRIMINAL CASES SCHEDULED FOR TRIAL COMMENCING</u>

BEFORE HON. D. BROCK HORNBY

ON MARCH 2, 2015

  The following cases are scheduled for jury impanelment at 9:00 a.m. on MARCH 2, 2015 and trial may start immediately thereafter, to the extent possible.  Prior to jury selection, Counsel should be prepared to submit to the Court, orally or *in camera*, a list of witnesses who may be called to testify at trial, so that the Court may inquire of the potential jury members whether they are acquainted with any of the witnesses.

  Any requested voir dire interrogatories; requested jury instructions, the need for which can reasonably be anticipated at that time; and trial briefs, not to exceed twenty (20) pages, shall be filed by <u>February 23, 2015</u>.  Counsel are advised that jurors are required to complete a questionnaire containing questions that will not be asked during jury selection. The questionnaires will be scanned and uploaded to ECF seven days prior to jury selection. Counsel of record will be provided access to these documents through the date of jury selection, after which the questionnaires will become unavailable for review. Paper questionnaires will not be available for review on the day of jury selection.

  Counsel shall advise the Clerk not later than <u>February 9, 2015</u>, whether their case is firm for trial or is to be otherwise resolved.  Any change of plea will be taken prior to <u>March 2, 2015.</u>

  The Pattern Criminal Jury Instructions for the District Courts of the First Circuit are available for inspection in the Clerk's Office and can also be found on the District Court's Internet Home Page at <u>www.med.uscourts.gov</u>.

  Information regarding the use and reservation of the electronic evidence presenter can be found at <u>www.med.uscourts.gov</u> under Courtroom Practices.

  Counsel are specifically directed to Local Rule 157.4 and should consult with the Court if there is any doubt regarding the application of this rule.

Criminal Trials to Commence <u>March 2, 2015</u>:

| | | | |
|---|---|---|---|
| 1.) | USA | v. | MICHAEL BONEY |
| | <u>CRIMINAL NO. 2;15-CR-14-DBH</u> | | |
| | David B. Joyce, AUSA | | George Hess, Esq. |
| 2.) | USA | v. | F. WILLIAM MESSIER<br>DAVID EVERETT ROBINSON |
| | <u>CRIMINAL NO. 2:14-CR-83-DBH</u> | | |
| | James W. Chapman, Jr., AUSA<br>Thomas E. Delahanty, II, Esq.<br>Karen E. Kelly, AUSA | | Ashley Blair Arnett, Esq.<br>Michael Louis Minns, Esq.<br>William Maselli, Esq.<br><br>Joel Vincent, Esq. |
| 3.) | USA | v. | RODRIGO SCHUMACKER |
| | <u>CRIMINAL NO.  2:14-cr-86-DBH</u> | | |
| | Craig M. Wolff, AUSA | | Bruce M. Merrill, Esq. |
| 4.) | USA | v. | OLYA TUCCI |
| | <u>CRIMINAL NO.  2:14-cr-00136-DBH</u> | | |
| | Darcie N. McElwee, AUSA | | Thomas J. Greco, Esq. |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

**ELECTRONIC EVIDENCE PRESENTER**

The U.S. District Court for the District of Maine offers various audio/visual equipment for members of the bar to use during hearings or trials. While each courtroom accommodates a different configuration of audio/visual equipment, they each accommodate the use of the Electronic Evidence Presenter (EEP).

The EEP consists of a digital document camera, a video cassette or digital video disk (DVD) player, and a projector. Images of exhibits (documents, photographs, negatives, objects, x-rays, transparencies, etc.) are displayed using the digital document camera permitting the judge, attorneys, witnesses and jury to view the images simultaneously. Using this equipment, the operator can zoom in on the most critical area of the exhibit in detail.

The EEP also allows attorneys to connect a laptop for presentation of evidence using PowerPoint or other presentation software. Attorneys MUST provide their own technical assistance in preparing the laptop evidence presentation. The court will not troubleshoot compatibility problems for attorneys using the EEP.

**Important:**

**Attorneys who wish to use courtroom audio or visual equipment at a trial or hearing are required to understand and be prepared to operate that equipment. Attorneys who plan to use their own electronic equipment (such as laptops) at hearing or trial must schedule time well in advance to practice and to test their equipment's compatibility with that courtroom's system.** Practice time should be scheduled with the Information Technology (IT) staff listed below for a date not less than two weeks prior to the hearing or trial.

The Court may deny the use of audio/visual equipment during a hearing or trial to attorneys who have failed to attend a practice session to confirm their equipment's compatibility with the court's system.

<u>RESERVING THE ELECTRONIC EVIDENCE PRESENTER AND SCHEDULING A PRACTICE SESSION</u>

Reservations for the EEP should be made two weeks in advance of the date of the proceeding. To reserve the equipment and/or to schedule a practice session, contact these IT staff members:

Bangor:     Don Marshall at (207) 945-0575 ext. 6424

Portland    Robert Guptill at (207) 780-3356 ext. 5110

http://www.med.uscourts.gov/nodeblock/courtroom-practices