Report of Psychiatric Evaluation, dated December 11, 2014

**FILED UNDER SEAL**



# Report of Psychiatric Evaluation – Continued, dated January 8, 2015

**FILED UNDER SEAL**

