UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

------------------------------

UNITED STATES OF AMERICA,             CRIMINAL ACTION

              Plaintiff           Docket No: 2:14-cr-83-DBH


        -versus-                    **E X C E R P T S**

                                    Opening Statements

F. WILLIAM MESSIER,

DAVID EVERETT ROBINSON,

        Defendants

------------------------------

                Transcript of Proceedings

Pursuant to notice, the above-entitled matter came on
for **Trial** held before **THE HONORABLE D. BROCK HORNBY,**
United States District Judge, in the United States
District Court, Edward T. Gignoux Courthouse, 156
Federal Street, Portland, Maine on the 30th day of
March, 2015 at 9:20 a.m. as follows:

Appearances:

For the Government:  James W. Chapman, Jr.,Esquire

                     Karen E. Kelly, Esquire
                     Assistant United States Attorneys

For Defendant Messier:  Michael L. Minns, Esquire
                        Ashley Blair Arnett, Esquire
                        William Maselli, Esquire

For Defendant Robinson:  Joel Vincent, Esquire

                Dennis R. Ford
            Official Court Reporter

          (Prepared from manual stenography
           and computer aided transcription)

1          (The following is an excerpt).

2         (Open court.  Defendants present).

3              (Jury present).

4     MS. KELLY:  Good morning.  My name is Karen

5  Kelly and with me at counsel's table is Assistant U.S.

6  Attorney James Chapman.  We both work for the United

7  States Department of Justice and we're the prosecutors

8  assigned to prosecute this case.

9     Also at counsel table is Marty Covello.  He's a

10  special agent with the IRS and he's going to help us

11  prosecute this case.

12     As His Honor said this morning, there's a division

13  of labor in the courtroom.  His Honor, Judge Hornby, is

14  the expert on the law and throughout the trial, you're

15  going to hear him ruling on legal matters.  He is the

16  expert on the law and as His Honor said, you folks are

17  expected to become, and throughout the trial will

18  become, the experts on the facts in this case.

19     What happened in this case?  What are the facts?

20  That sounds daunting, but you folks have tools that you

21  can use to determine what are the facts.  You come into

22  the courtroom with common sense and life experience and

23  you're going to use those tools to assess the evidence

24  as it comes into the courtroom.  You will use those

25  tools of common sense and life experience as witnesses

1   testify from the witness box and as documents and

2   exhibits are put before you for assessment.

3       And using those tools of common sense and life

4   experience, you're going to ask questions.  You're

5   going to say, is this credible?  Does this make sense?

6   And in fact, in this case you're going to ask are the

7   defendants engaging in this conduct because it complies

8   with the law or is this a game for the defendants?

9   Questions you're going to want to keep in mind with

10   each piece of evidence that's put before you as

11   factfinders.

12       His Honor described your job as like putting

13   together a jigsaw puzzle and that's perfect because

14   that's really what it's like.  Each witness comes in

15   and they present pieces of evidence, little jigsaw

16   puzzle pieces and you folks, as the factfinders, have

17   to put those pieces together; does it fit here, does it

18   fit there, how does this work, what's the big picture.

19       When you get a jigsaw puzzle, there's a picture on

20   the top of the box that typically it comes in and I

21   don't know about you guys, but what I do is I put the

22   picture of the box up in front of the jigsaw puzzle so

23   I have a sense of okay, what is this picture supposed

24   to look like?  Where are the corner pieces, where does

25   the sky go, where is the ocean part and then you start

1    to sort through the puzzle pieces that way looking at

2    the picture that the puzzle pieces came in.

3         So that's kind of what opening statements are

4    like.  Each of the attorneys will have an opportunity

5    to address you to sort of give you a picture of what

6    the evidence will be, will show you.  You can kind of

7    set that picture before you as you listen to the

8    evidence and try to determine how each piece fits

9    together and again, you're going to use these tools of

10   common sense and life experience, tools that you

11   brought with you to the courtroom.

12        All right, let me start and talk a little bit

13   about the case.  Members of the jury, this is a case

14   about greed.  What you're going to hear from the

15   testimony, from the witnesses is that Mr. Messier and

16   Mr. Robinson, the defendants in this case, did not like

17   the tax laws.  Mr. Messier and Mr. Robinson did not

18   agree with the tax laws of the United States.

19        What you're going to hear from the evidence is

20   that the two worked together to attempt to defraud the

21   United States by impeding the IRS from collecting

22   federal income taxes owed by Mr. Messier so Mr. Messier

23   could keep more money in his pocket, okay?

24        Let me start with the charges just briefly.  His

25   Honor touched on the charges.  Let me start with Count

1    2.  Count 2 is a conspiracy charge and that is a count

2    that charges both Mr. Robinson and Mr. Messier.

3    Conspiracy; the charge is that the two conspired, they

4    agreed to impair the Internal Revenue Service, to

5    impair the enforcement of the revenue laws.

6        What you'll hear in Count 2 is that that conduct

7    starts in 2012 and that conduct goes until 2014, a very

8    discrete window of time.  That's Count 2.

9        Okay, Count 1, as His Honor noted, charges only

10   Mr. Messier with corruptly endeavoring to impede and

11   impair the Internal Revenue Code.  Corruptly

12   endeavoring to impede and impair the Internal Revenue

13   laws basically.  That conduct starts in the late '90s,

14   1999, forward and that charges only Mr. Messier, okay,

15   and that's Count 1.

16       As His Honor said, Counts 3 through 7 -- I'm using

17   my fingers for Counts 3 through 7 -- Counts 3 through 7

18   charges just Mr. Messier with willful failure to file

19   income tax returns for 2008 through 2012, 2008 through

20   2012.  Willful failure to file income tax returns and

21   that charges only Mr. Messier, okay, and that -- those

22   are all of the counts in the indictment and you see

23   that they are sorted between the two defendants.

24       Now, let me back up and tell you about the

25   evidence of the conduct that leads up to the 2012

1    conspiracy, Count 2, that involves both Mr. Messier and

2    Mr. Robinson.  Let me back up and tell you about Mr.

3    Messier.

4         What you'll hear, what the evidence will be is

5    that Mr. Messier owns property in Brunswick, Maine.

6    You're going to hear that he owns approximately

7    18 acres on a hill in Brunswick and you're going to

8    hear that Mr. Messier has communication towers, cell

9    phone towers erected on that hill.  It's one of the

10   only hills in the Brunswick area and those cell phone

11   towers, those communication towers are used by

12   telecommunication businesses, cell phone businesses,

13   communication businesses.

14        What you'll hear is his business grew through the

15   years from the late '90s to present day, and you'll

16   recognize some of the customers' names that rely on his

17   cell phone towers, his communication towers and paying

18   him money in the form of leases to use those towers.

19   You'll hear Sprint, AT&T, T-Mobile, some of the cell

20   phone companies.  They use those towers and pay him

21   money in the form of lease payments to use those big

22   towers on his hill.

23        You're going to hear that some local businesses,

24   businesses that support radio stations, The Big Jab,

25   businesses that support 911 and emergency personnel in

1    the community use those cell phone towers.  You'll hear

2    that some of the hospitals use the cell phone towers

3    for pagers for the medical doctors, for the nurses.  So

4    all kinds of folks were clients of Mr. Messier and his

5    business on the hill.

6          You'll hear the hill referred to -- his property

7    referred to by different names from different

8    witnesses.  Some folks might call it Bill's Hill, some

9    folks might call it Tower Lane, some other folks refer

10   to it as Oak Hill Communications, but they're all

11   talking about the cell phone tower business on his

12   18 acres in Brunswick.

13         You'll hear that it was a successful business,

14   earned substantial income.  You'll hear that in the

15   late 1990's, Mr. Messier stopped filing income tax

16   returns and you'll hear that before that, he did file

17   income tax returns and paid taxes, filed extensions,

18   was a taxpayer and in the late 1990's, you'll hear that

19   he stopped filing tax returns and stopped paying, but

20   you'll also hear he continued to earn income in his

21   business.  In fact, with regard to the Counts 3 through

22   7, you'll hear that from 2008 to 2012, he earned more

23   than $450,000 in income from the cell phone towers and

24   didn't file any income tax returns or pay any taxes.

25         You're going to hear witnesses tell you that Mr.

1    Messier did not like taxes.  Witnesses will tell you

2    that he told them he didn't want the Government to get

3    his money.  Witnesses will tell you that he told them

4    the IRS is illegal, only U.S. citizens pay taxes, the

5    IRS is a not for profit collection agency based in

6    Puerto Rico, the tax code is unconstitutional, taxes

7    are too high and if you don't take anything from the

8    Government, then you don't have to pay anything into

9    it.  You'll hear that from the witness stand.

10       What you won't hear about Mr. Messier is that his

11   willful failure to pay taxes is a result of good faith

12   misunderstanding, accident or mistake.

13       Let me tell you a little bit about the evidence of

14   the Count 1, which is just charging Mr. Messier with

15   corruptly endeavoring to impede and impair the Internal

16   Revenue Service, the Internal Revenue Code.  You're

17   going to hear that Mr. Messier made extensive use of

18   cash.  You're going to hear that he took the checks

19   that he received from his customers for the leases of

20   the tower on his hill to the credit union and that he

21   cashed those business checks for cash, dollar bills,

22   money he put in his pocket and he took that to his

23   home.

24       You're going to hear that he told people he did

25   that because he didn't want the Government to know

about the amount of money that he was earning from his business.  You're going to hear he did use that cash to purchase toys.  In fact, you'll hear that he purchased a Piper Aero III for $52,000 in cash.  That's an airplane, it's a personal airplane that he keeps housed in Cumberland County.

You're going to hear that he provided false documents to customers, false Forms 1099, so the customers couldn't report the money they paid to him to the IRS on the Forms 1099 that they issued to the IRS and that they also issued to the client or, excuse me, to Mr. Messier.  So he submitted false W-9s, which is what they rely on to generate Form 1099 which go to the IRS and to Mr. Messier.

You're going to hear that he provided false documents to the customers, false W-9, and you're going to hear he told some customers on his W-9 or in-person that he was exempt from taxes.  He was exempt from paying taxes.

You're also going to hear that he told customers, some customers -- he basically forbid them, do not file Forms 1099 on me, I'm not a taxpayer.  You may not file Forms 1099.  He didn't want the Government to know about the money that he was earning from his cell phone towers, his communication towers on the hill.

1        So what you're going to hear is that eventually,

2    the IRS caught up with him.  You're going to hear that

3    after years of not paying his taxes and earning

4    substantial income, the IRS calculated that for 2000

5    through 2004, Mr. Messier owed the IRS approximately

6    $170,000 for taxes, interest and penalties.

7        The IRS generated the bill for approximately

8    $170,000 and sent it to Mr. Messier.  You owe us for

9    2000 through 2004, years that you made income and

10   didn't file any tax returns or pay any taxes, you owe

11   us $170,000, more or less, give or take, taxes,

12   interest and penalties, please pay.

13       Members of the jury, the evidence will be that Mr.

14   Messier did not pay the bill.  In fact, what you're

15   going to hear is that in late 2011, you're going to

16   hear in 2012 the case was assigned by the IRS for

17   collection, collection activity, and this is the

18   beginning of Count 2, which is the conspiracy.  You

19   recall that that's the conspiracy charge between Mr.

20   Robinson and Mr. Messier.

21       Okay, so this is the beginning of that count in

22   the indictment, the collection activity.  What you'll

23   hear is that an IRS employee based in Lewiston at the

24   time was assigned the job of collecting the $170,000

25   from Mr. Messier, Ms. Hendershot.  She's based in

1    Lewiston and as part of her job to collect that money,

2    you'll hear that she used what's called a Notice of

3    Levy.  It's a collection tool, it's a legal and

4    appropriate collection tool available to the IRS and

5    it's used to seize funds from non-taxpayers.  When you

6    can't get the money, it's used to seize those funds.

7         In essence, what it is is a document sent to third

8    parties and in this case, what you'll hear from Ms.

9    Hendershot is that she sent a Notice of Levy to each of

10   Mr. Messier's customers that she could identify from

11   his bank account, each of his customers and the Notice

12   of Levy says Mr. Messier owes us, the IRS, 1 --

13   approximately $170,000 for unpaid taxes for 2000

14   through 2004.  So customer, instead of paying Mr.

15   Messier the money you owe him for the leases, for the

16   cell phone towers, pay us, the IRS.  We're collecting

17   the debt from him.  So a letter to each of those

18   customers who used his cell phone towers and paid him

19   for that service, from the IRS to the customer.

20        What you're going to hear is that Mr. Robinson and

21   Mr. Messier went to great lengths to obstruct and

22   interfere with the collection activity every step of

23   the way.  What you're going to hear is that Mr. Messier

24   and Mr. Robinson in-person, by letter, by e-mail,

25   reached out to those customers and said to them, stated

1    to them, demanded of them do not pay the Notice of

2    Levy.  Do not pay the IRS.  The levy is illegal.  Do

3    not cooperate with the IRS.  Just hold the money you

4    owe me.  Don't pay me, we'll settle this later.  That's

5    the evidence that you'll hear, or else, or else, or

6    else there will be consequences.  Members of the jury,

7    you'll hear consequences, I will sue you, you will be

8    sued, or maybe you'll lose your access to the

9    communication towers.

10          You'll hear from the witness stand that Mr.

11   Robinson and Mr. Messier sent false and misleading

12   correspondences to the customers about the IRS and

13   about the tax law.  You'll hear that a lot of this

14   stuff was nonsensical.

15          Exhibit 32, which you'll see and will come in from

16   the witness stand, for example:  Dear accounts payable,

17   the Federal Reserve is no more a federal agency than

18   Federal Express.  The Internal Revenue Service is no

19   more a federal agency than McDonald's.  You'll hear

20   this stuff makes nonsense.

21          On April 4th of 2012, you'll hear that Mr.

22   Robinson and Mr. Messier sent to Jolene Hendershot, the

23   IRS agent in Lewiston who was assigned to work on this

24   collection, a money order in the amount of $172,000,

25   signed by David Robinson for the account of William

1    Messier of Brunswick, Maine as payment of the taxes.

2         What you'll hear is that it was a bogus money

3    order.  It was fraudulent, false, not worth the paper

4    it was written on, but what you'll hear is that Mr.

5    Robinson and Mr. Messier made a photocopy of that money

6    order that they sent to Ms. Hendershot at the IRS and

7    they sent that photocopy to the customers who had

8    received the Notice of Levy with a letter and in that

9    letter, they told the customers they had made peace

10   with the IRS, with a copy of the bogus money order for

11   the $172,000.

12        Members of the jury, you will hear that David

13   Robinson and Mr. Messier visited the sheriff of

14   Cumberland County, Kevin Joyce.  You'll hear from him

15   and that they offered him a $100,000 money order,

16   bogus, to open an investigation into the IRS agents who

17   were assigned to Mr. Messier's case.  Well, you'll hear

18   from Sheriff Joyce that he declined their offer.

19        You'll also hear, members of the jury, that the

20   defendants, Mr. Messier and Mr. Robinson, followed

21   through on their threat to sue.  Indeed, they did sue

22   the customers who had the gall to comply with the law

23   and send payment to the IRS pursuant to the Notice of

24   Levy.

25        In October 2012, a lawsuit was filed in the state

1    court over in Bath charging the customers who paid the

2    money to the IRS and some of the IRS employees who were

3    assigned with his case with treason and fraud.  They

4    signed the complaint William Messier, David Everett

5    Robinson and David Robinson as the Attorney General for

6    the Maine Republic Free State.

7        You'll hear that after the first lawsuit was

8    dismissed, indeed the two brought an additional

9    frivolous lawsuit against the IRS employees who were

10   assigned to work on their case.

11       Members of the jury, the evidence will be that Mr.

12   Messier and Mr. Robinson do not like to pay taxes and

13   that they spent a substantial amount of their time and

14   effort to thwart the enforcement of those laws.  The

15   evidence will be that Mr. Messier intentionally

16   violated the tax laws, not by accident, mistake or

17   misunderstanding and together, Mr. Messier and Mr.

18   Robinson worked to impede the revenue laws.

19       Members of the jury, as you listen to the

20   evidence, the witness testimony and examine the

21   evidence that comes into -- the documents and records

22   that come into evidence, examine each piece of

23   evidence, each puzzle piece.  Hold it up to the light.

24   Ask your common sense questions; is this credible?

25   Does this make sense?

1        You need to ask yourself are they fighting the IRS

2   because they really think the laws don't apply to them,

3   or is this a game, aligned with their self-interests to

4   keep more money in their pockets.  Ask yourself that

5   question with each witness and each piece of evidence.

6        Members of the jury, the evidence will be that Mr.

7   Messier wanted to keep more money in his pocket and

8   that Mr. Messier and Mr. Robinson enjoyed the game of

9   obstructing and impeding Internal Revenue laws.

10       I submit to you, members of the jury, that at

11  closing, we're going to come back before you, after

12  having listened to the evidence, and ask you to find

13  the defendants guilty of all counts.  Thank you.

14           THE COURT:  Thank you, Ms. Kelly.

15           MS. KELLY:  Thank you, Your Honor.

16           THE COURT:  Mr. Minns, do you wish to present

17  an opening statement for the defendant Messier?

18           MR. MINNS:  Yes, I do, Your Honor.

19           THE COURT:  Please do so.

20           MR. MINNS:  I don't know if we've asked for

21  sequestration, but I do so at this time of the

22  witnesses in the courtroom.

23           THE COURT:  That motion would be granted.  Do

24  you see anyone in the courtroom, counsel?

25           MR. CHAPMAN:  With the exception of the

1    witnesses we spoke about a couple weeks ago.

2          THE COURT:  Very good.  I'll rely on counsel

3    to watch the courtroom.  Sequestration, ladies and

4    gentlemen, just means that until a witness testifies,

5    they stay out of the courtroom.  After they testify,

6    they can stay in the courtroom if they wish to, but the

7    idea is they not hear the testimony before they give

8    their own testimony.

9          MR. MINNS:  Thank you.

10         THE COURT:  I think it's slowly warming up a

11   little bit.  It's taking a while.  Go ahead, Mr. Minns.

12         MR. MINNS:  Thank you, Your Honor.  Is this

13   working?  I'm going -- I have a poster board I'm going

14   to put up there in just a second and hopefully

15   everybody can see it.

16       I'm Michael Minns, I'm an attorney, and this is my

17   team, William Maselli and Ashley Arnett and the

18   gentleman sitting right next to me is our client, Bill

19   Messier, and he's the gentleman that the Government has

20   been talking about and saying this whole case is about

21   greed and I'll -- we've been working together with the

22   team behind us, but I think I should wait and let them

23   introduce themselves when it's their turn.

24       Most of the things that the Government said we

25   don't disagree with, so this is important, and I'm

1    going to borrow from a very famous writer and

2    paraphrase the part that I think this case is about

3    that we are contesting and that's to believe or not to

4    believe, that is the question.  The only question in

5    this case is whether or not Bill Messier believes he's

6    following the law.

7         Now, you've already heard some very strange things

8    that our learned colleague here has told you that my

9    client believes and I agree with every one of those

10   strange things.  She's left the strangest things off

11   and I'm going to talk about some of the even stranger

12   things.

13        Both sides -- when I got this case, I sent Mr.

14   Messier to a psychiatrist and we got a report and gave

15   it to the Government.  You will hear from this doctor

16   during the trial.  The Government asked they want their

17   doctor to evaluate Mr. Messier and I said yes,

18   absolutely, we will cooperate fully on that.  It's up

19   to the Government whether they put their doctor on or

20   not, just as it's up to us to put on the testimony we

21   decide on.  I anticipate that their doctor will take

22   the stand, but I'm only guessing.

23        There is -- our doctor will discuss this far

24   better than I can possibly do, but there is, from the

25   Diagnostic and Statistical Manual of Mental Disorders,

1    short reference to DSM, there is a disorder called a

2    delusion.

3         All of us have a feedback system.  Some of you

4    will be listening to me and some of you will tune me

5    out at points in times.  I taught high school English

6    and that happened all the time and what happens is they

7    go on automatic, and then a question gets raised so you

8    call on the students and they immediately whoops, I

9    have to be listening, they go back on regular thinking.

10        A delusion doesn't do that.  It leaves you on this

11   automatic to prove the delusion and everything someone

12   with a delusion sees or hears or something, it backs up

13   the delusion no matter how ridiculous or absurd the

14   delusion is.

15        So a normal person driving down the highway going

16   home, they take the exit which they always do, but it's

17   mental, it's automatic, but if we see a huge old

18   roadblock and assume that's all patched up, we stop and

19   say oh, my gosh, I saw that because we switch back from

20   our automatic to our conscious thought process and we

21   say hey, there's a big old roadblock, we can't do that.

22   We'll get hurt.

23        If you have a delusion that says there is no

24   roadblock, you will smash into the roadblock sign every

25   time because your mind will not do that, it will say

1    the roadblock does not exist.

2        After you get out of the hospital, you will say I

3    don't know what happened.  I took the same path that

4    always happens and there is no roadblock there.  You'll

5    testify to that if there's a question about it.

6        One of the things that my colleague talked about,

7    and she was not exaggerating, if anything, she was

8    underestimating it, in the Diagnostic and Statistical

9    Manual of Mental Disorders, it talks about the

10   individual may engage in litigious or antagonistic

11   behavior, e.g., sending hundreds of letters of protest

12   to the government.  The condition may be more prevalent

13   in older individuals.

14       So the only question that we're going to be

15   addressing, and the only question we're fighting over,

16   is state of mind.  Greed has nothing to do with this,

17   absolutely nothing and that is the one thing that I

18   will disagree with my colleague here on.

19       A greedy man would never do these things because

20   he's paid huge amounts of penalties, interests,

21   punishments, lost relationships with just about

22   everybody who he cares and loves about.  The costs

23   financially and every other way has been enormous,

24   including attorneys fees, including fees to the

25   psychiatrist.

1      Nobody would do this for the purposes of greed.

2  It makes no sense.  As a matter of fact, I think after

3  the evidence is presented before you, you will

4  determine that it's a delusion that he did this out of

5  greed.  He's not a greedy man.  He -- he's a man who

6  loses -- who made a lot of money on the cell towers,

7  but he loses money constantly with foolish delusional

8  mistakes.  Is that all right?

9      MS. KELLY:  That's fine.

10      MR. MINNS:  Do I have a red marker?  Pardon

11  me.  I don't know if there was a problem before all

12  this stuff happened or not.  There was some family

13  problems, there was some difficulties, but the doctors

14  may or may not get into that.  I'm not going to.

15      But up until 1995, Bill Messier filed tax returns

16  just like we do.  He paid taxes just like we do.  He

17  did everything else as far as that goes normally, but

18  he did have fixations on electronics, which led to him

19  doing some things that the rest of us may not be able

20  to do.

21      He spent most of his life on the electronics.

22  When he was in Maine Army National Guard, it was in

23  electronics.  He got his pilot's license, and I'm

24  putting a big P there as evidence that I'm not an

25  artist.  He got his pilot's license in 1976 and

1    something happened in 1995, some collisions happened, a

2    vision to him.  He saw in a Arizona bookstore a book

3    that says you don't have to file taxes.  He thought

4    good Lord.  He read the book back to cover and he said

5    this makes a lot of sense, but I'm not ready to do

6    that, this is a huge leap.

7          Almost simultaneously, he watches a Libertarian

8    convention and I'm -- this is not a political case and

9    I'm not trying to pick on any particular party or

10   anything, and I apologize if this offends anybody, but

11   there were things that convention said about taxes that

12   were not good for someone with a potential to have

13   delusion to hear.

14         He remembers the person that won the election,

15   Harry Brown, saying that you're not going to have to

16   pay taxes soon and he remembers another guy who wrote a

17   best-seller, Irwin Schiff, saying you don't have to pay

18   taxes ever and he saw this in a formal convention and

19   he thought this has to be legitimate.  He still wasn't

20   prepared to take steps though.  He started reading

21   stuff and studying stuff and looking at stuff.

22         Now, the way a delusion works is everything you

23   see confirms the delusion.  No matter what you see

24   confirms the delusion.  He still filed.  He filed his

25   last return in 1996.  Well, his '96 return was filed in

1    the year 1997.  He still didn't feel comfortable or

2    safe until 1998 and in 1998, he didn't file his 1997

3    return and he has never filed a return since.

4         Now, if you believe that you won't ever have to

5    pay taxes and that it's never challenged, maybe that

6    could be greed, but if you learn that you pay by not

7    filing, you lose your deductions -- for example, if you

8    have an airplane and a cell tower, you can't deduct

9    anything if you don't file.  You can't deduct the cost

10   of the plane for looking at the cell tower.  You can't

11   deduct the cost of building the tower, the cost of

12   maintaining the cell tower.  You can't do any of that

13   if you don't file tax returns so you don't get these

14   deductions and you pay -- failure to pay is one half of

15   one percent penalty.  Failure to file is a five percent

16   a month penalty.

17        So the greedy person, if they're going to end up

18   paying -- and maybe at this point the Government can

19   argue he didn't think he would have to pay.  Of course,

20   if you believe you're not required to pay, you're still

21   not being greedy, you're following the law if you

22   believe this.

23        In 1999, he starts into his cell tower business.

24   It grows and grows and becomes more prosperous and he

25   is studying literally every day of his life.  I think

1    it definitely hampered -- he didn't get another

2    license, like a pilot's license, again.  He finished

3    the cell towers, his daughter suggested he should build

4    more cell towers.  He didn't have time or interest in

5    it.  His life was devoted to studying the tax code.  He

6    bought a tax code and then he started taking it to bed

7    with him.  Tax lawyers don't take the tax code to bed

8    with them.  CPAs don't take the tax code to bed with

9    them.  Every single day, on the Internet, looking,

10   searching and finding more and more proof for what he

11   believes.

12        His home is not -- which he built -- does not --

13   doesn't have wall to wall floors.  It's got cubbies in

14   it of these messes, combined conglomerations of tapes,

15   studies, papers, everything that he has been doing,

16   every day collecting them, hundreds, maybe thousands of

17   pounds of papers.

18        In 2006, the gentleman that created the film

19   "Trading Places" and the Eddie Murphy movies, Aaron

20   Russo, also wrote a film and directed it, "Freedom to

21   Fascism," which is a documentary and in that

22   documentary, Mr. Russo has IRS agents, or supposedly

23   IRS agents, saying you don't have to pay your income

24   taxes.  We looked at it and we had to quit the IRS

25   because we couldn't find the law.  Show me the law,

1    which is a mantra, where is the law, over and over

2    again.

3         Mr. Messier and I are getting along, but we have

4    differences of opinion.  If I have the same opinion as

5    him, I don't think I would be allowed to practice the

6    law, so I don't and with all due respect to him, and I

7    do respect his ability, the cell tower and the things

8    that he's able to accomplish, I don't -- this stuff, as

9    the Government has said in the beginning --

10        THE COURT:  Counsel, you won't be testifying

11   so let's stick with the evidence.

12        MR. MINNS:  Thank you, Your Honor.  This

13   stuff, as the Government has said in their opening, is

14   wrong.  It's going to get anybody that follows it in

15   trouble, anybody that believes it is in trouble.  This

16   has gotten Mr. Messier in trouble, but he believes it

17   firmly.

18        Following that and continuing, no longer taking

19   the useful courses like getting his pilot license, no

20   longer building new cell towers, no longer doing these

21   things, no longer having any kind of reasonable,

22   consistent relationships, although that had been a

23   problem all of his life, he has no degree other than a

24   high school degree, but he enrolls in a college, a law

25   school where you don't even have to have a college

1    degree, Freedom Law School, and that's $9,000.

2        So Freedom Law School teaches him why you don't

3    have to file, why you're correct, why Aaron Russo was

4    correct, why his interpretation of the tax code was

5    correct, why what he heard at the Libertarian

6    convention is correct, why what he read in the Arizona

7    book is correct.  It reestablishes all of these things

8    in his mind.

9        Only seven days of his life, and that includes up

10   to today, has he not studied this code since he had

11   this vision in 1995, that's except the seven days in

12   the hospital for prostate cancer.

13       Immediately upon leaving the hospital -- and he

14   paid cash, he paid cash, as the Government said, for

15   everything -- immediately after leaving the hospital,

16   he began his studies again.

17       Now, in 2012 -- and I wrote -- this is suppose to

18   be sheriff, I wrote it on the side when the Government

19   talked about the sheriff because it's very important, I

20   believe, both the Government and the defense believes

21   that's very important.  In 2012, there was a collision

22   which would lead a non-delusional person to believe, at

23   least, that they weren't on a good course.  The

24   collision started when the IRS filed its levy in

25   February of 2012.

1        You would expect the IRS, believing they have the

2   right to collect the taxes, that the IRS would go about

3   collecting the taxes.  And you would expect a

4   law-abiding citizen, who has never had any criminal

5   offense accused of other than this, you would expect

6   that if he believed that he was following the law

7   completely, you would expect him to take action and he

8   did over and over and over again, and he took the

9   actions of a diluted person.

10       First, reasonable if you think the levy is no good

11  and he reads the levy and it says missing Paragraph A.

12  He and Mr. Robinson discovered that.  Now, many of us

13  wouldn't have discovered that, but if you are

14  psychologically, psychiatrically pointed to it, you

15  will discover everything that supports your position

16  and those levies was missing Paragraph A, and Mr.

17  Messier can explain what that means.  At this point,

18  I'm not going to attempt to, but it means the levy

19  isn't any good.

20       And so he started writing angry letters.  Don't

21  follow this levy and just exactly as the Government

22  attorney said, exactly -- and she's exactly correct --

23  he would tell them don't send anybody money, let's wait

24  until this plays out in the legal system to see who to

25  give the money to.  You can hold it and I have to agree

1   with her completely on that.

2       And why would he say that?  It's because he

3   expected that the legal system would say you don't --

4   they can't have that money.  Well, he was wrong.  They

5   seized the money from every customer they asked for it

6   from.

7       Mr. Messier lost a lot of his customers.  They

8   said we're not going to do business with him.  Some of

9   them said you're crazy.  Some of them had all sorts of

10  different things.  It didn't help his business in any

11  way, stretch or form and he didn't stop a penny of the

12  collection.

13      And so what would a person who believes this stuff

14  do?  He sends more letters of protest.  He'd point out

15  the things he believed and finally, he threatened to

16  sue people.  Now, I don't know of any rational greedy

17  person, such as -- perhaps in a thought -- would

18  threaten to sue our customers and lose our customers,

19  but he did, and then he filed a suit in the state of

20  Maine and it was removed to federal court and thrown

21  out immediately.

22      And yes, he went to the sheriff and he said

23  they're stealing my money and I want you to stop them.

24  I'm swearing out a warrant for their arrest.  Here's my

25  paperwork.  And the sheriff was fairly diplomatic about

1   it, although it's a possibility the sheriff -- we've

2   not had a chance to talk to the sheriff, most of the

3   witnesses will not talk to us, but the sheriff seemed

4   to be diplomatic.  His lawyer sent a letter to Mr.

5   Robinson saying this is a federal matter so I can't do

6   anything about it.

7        For reasons that only the Government knows, and

8   perhaps they will tell us during the case, they

9   released the liens.  One reason may be to allow the

10  penalties to continue to pile up and another reason may

11  be a strategy --

12             THE COURT:  Counsel, don't speculate.

13             MR. MINNS:  Well, I can't speculate why, but

14  the Government stopped collection during the pendency

15  of this case.  The Government -- whoops, excuse me.

16  You know what, I apologize.

17        I'm going to -- I've left off some of these that

18  we had typed up and I'm going to put them on here.

19  Thank you.  One of the things which relates to this

20  check, all of us have birth certificates.  They're on

21  banking paper.  The banking paper is some sort of debt

22  which creates slavery.

23        I can't explain it very well, perhaps some of the

24  witnesses will be able to, and because of that, the

25  banking paper, you have a right to disavow your birth

1    certificate and collect money and write a money order

2    on your Social Security Number, but they don't call it

3    a Social Security Number and I can't explain that

4    either.   The Vatican is involved with this in a

5    treacherous way.   The taxes end up going to Vatican.

6         This is something I never heard of before this

7    case.   A lot of the people that have differing views on

8    taxes are highly enamored by the Founder Fathers.   Our

9    client is not.   He has learned that George Washington

10   is in secret alliance with the King George and now

11   Queen Elizabeth is in alliance with the Vatican on this

12   paper certificate and all your tax money goes to Queen

13   Elizabeth.   I don't know if she shares it with the

14   Royal Treasury or not.

15        This case is about one thing and one thing only;

16   does Bill Messier believe any of these things and if he

17   does, he's not guilty.   If he doesn't, then he is

18   guilty.   If he's lying, if he's been lying to everybody

19   for the last 20 plus years, then he's guilty.

20        Delusion, which I just misspelled, the case is

21   about whether he believes or whether he's a liar.   If

22   this is an elaborate scheme, which makes no sense

23   because, as the Government has said, he pays huge

24   penalties and interest, he can't take his deductions,

25   he's going to continue to do that.

1       If he's completely healthy, he has no problems --
2   I'm not saying that we all don't have some problems --
3   but if he has no problems at all and he's not
4   delusional, if he doesn't believe any of this, if he's
5   a liar, then it will be your duty to find him guilty.
6       He's not a liar.  The Government is not going to
7   prove and the evidence is not going to show beyond a
8   reasonable doubt that Bill Messier does not believe the
9   things he has dedicated his life too, wasted a great
10  deal of his life for over the last 20 years.
11      They will prove many things.  Did he file his tax
12  returns?  No, and Mr. Messier disagrees with me on
13  this, but he is required to.  If you make $10,000,
14  you've got to file a tax return.
15      Does he owe taxes?  Yes.  Mr. Messier will never
16  be able to agree to that.  He's never going to be able
17  to agree to that.  That doesn't mean he won't pay it,
18  but he's never going to believe that and there's
19  nothing I can do and there's been -- and --
20          THE COURT:  Counsel, please keep yourself out
21  of it.
22          MR. MINNS:  Yes, Your Honor.  These levies,
23  why would anybody, why would anybody allow that to go
24  on.  If you -- if a rational person believes that they
25  are not required to file, well, do it anyway just to

1   stop the paying of the loss of customers, of the loss

2   of family, of the loss of interest, of the loss of

3   penalties --

4            THE COURT:  Counsel, this is closing argument.

5   Please let just summarize the evidence.

6            MR. MINNS:  Thank you, Your Honor.  And that's

7   the question and I framed it in that, the only question

8   is does he believe.  That's it.  We're not arguing

9   about the rest of the case.

10       Mr. Messier may argue some of those points, but

11  his legal team will not be arguing about the rest of

12  these things.  Thank you very much.

13           (End of excerpt).

14              **C E R T I F I C A T I O N**

15  I, Dennis Ford, Official Court Reporter for the United

16  States District Court, District of Maine, certify that

17  the foregoing is a correct transcript from the record

18  of proceedings in the above-entitled matter.

19  Dated:  March 31, 2015

20              /s/ Dennis Ford

21              Official Court Reporter

22

23

24

25