UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CASE NAME:  United States v. Messier and Robinson

DOCKET NO:  2:14-cr-00083-DBH

# Exhibit List

| Gvt Exh No. | Dft Exh No. | Court Exh | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| 1 | | | Letter from Messier to Lisa Pelletier, dated 11-21-04 | | 3/30/15 | 3/30/15 | 3/30/15 |
| | | | | | | | |
| 2-A | | | IRS Letter (4156) to Messier, dated 11/1/11 | | 3/30/15 | 3/30/15 | 3/30/15 |
| 2-B | | | IRS Letter (3174)) to Messier, dated 11/18/11 | | 3/30/15 | 3/30/15 | 3/30/15 |
| 2-C | | | IRS Collection file documents re Messier | | 3/30/15 | 3/30/15 | 3/30/15 |
| 2-D | | | Messier letter to RO Hendershot dated 2/28/12 with attachments and envelope | | 3/31/15 | 3/31/15 | 3/31/15 |
| 2-E | | | Messier "Notice of Affidavit" sent to RO Hendershot dated 3-9-12 and "A Notice of Levy is not a Levy," dated 3/13/12, with envelope | | 3/31/15 | 3/31/15 | 3/31/15 |
| 2-F | | | Copy of "Money Order" received by RO Hendershot, dated 4-4-12, with attachments | | 3/31/15 | 3/31/15 | 3/31/15 |
| 2-G | | | Robinson "Affidavit of Truth," dated 4-13-12, with attachments received by RO Hendershot | | 3/31/15 | 3/31/15 | 3/31/15 |
| 2-H | | | Messier correspondence to RO Hendershot, "Re: Notice and Demand," dated 5/22/12, with envelope | | 3/31/15 | 3/31/15 | 3/31/15 |
| 2-I | | | Messier summons to RO Hendershot, dated 10-1-12, with attachment | | 3/31/15 | 3/31/15 | 3/31/15 |
| 2-J | | | Messier and Robinson summons to RO Hendershot, dated 3/26/13, with attachment and envelope | | 3/31/15 | 3/31/15 | 3/31/15 |
| 2-K | | | RO Hendershot's ICS Complete History Transcript re Messier | | 3/30/15 | | |
| 2-L | | | RO Hendershot's ICS History Transcript | | 3/30/15 | 3/30/15 | 3/30/15 |
| 2-M | | | Sample IRS Letter (1058) entitled, "Final Notice – Notice of Intent to Levy and Notice of Your Right to a Hearing" | | | | |
| 2-N | | | Sample IRS Letter (3172) entitled, "We Filed a Notice of Federal Tax Lien Against You and You Have a Right to a Hearing Under IRC Section 6320" | | | | |

| Gvt Exh No. | Dft Exh No. | Court Exh | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| 2-O | | | Sample IRS Notice (CP49) | | | | |
| 2-P | | | Sample IRS Notice (CP90) | | | | |
| 2-Q | | | Sample IRS Notice (CP71C) | | | | |
| 2-R | | | Sample IRS Notice (CP71D) | | | | |
| | | | | | | | |
| 3-A | | | RA Frie's letter (3798) to Messier dated 2/17/12, with enclosures: Pub 1, Notice 609 | | 4/1/15 | 4/1/15 | 4/1/15 |
| 3-B | | | Examining Officer's Activity Record | | 4/1/15 | | |
| 3-C | | | Messier correspondence to RA Frie dated 2/28/12, with attachments and envelope | | 4/1/15 | 4/1/15 | 4/1/15 |
| 3-D | | | RA Frie's reply to Messier, dated 3/12/12, with attachment entitled, "Why Do We Have to Pay Taxes?" | | 4/1/15 | 4/1/15 | 4/1/15 |
| 3-E | | | Messier correspondence to RA Frie, "A Notice of A Levy is Not A Levy," dated 3/13/12, with envelope | | 4/1/15 | | |
| 3-F | | | Copy of Robinson "Money Order" dated 4/14/12 over T-Mobile Notice of Levy with Robinson stamp, with envelope from Messier | | 4/1/15 | 4/1/15 | 4/1/15 |
| 3-G | | | Correspondence from Messier: Maine Patriot pamphlet, FDCA Practices, Notice and Demand, Email Alerts | | 4/1/15 | | |
| 3-H | | | Summons and complaint to R/A Frie from Robinson | | 4/1/15 | 4/1/15 | 4/1/15 |
| 3-I (id) | | | Arizona RO Case History Report | | | | |
| | | | | | | | |
| 4-A | | | IRS Certificate of Lack of Record re William Messier, Forms 1040 for 1997-2013 | | 3/30/2015 | 3/30/2015 | 3/30/2015 |
| 4-B | | | IRS certified copies of Account Transcripts of F. William Messier regarding U.S. Individual Income Taxes for the years 1990 to 2013 | | 3/30/2015 | 3/30/2015 | 3/30/2015 |
| 4-C | | | IRS certified copies of Wage and Income Transcripts for William Messier for 2006 to 2013 | | 3/30/2015 | 3/30/2015 | 3/30/2015 |
| 4-D | | | IRS certified copy of Forms W-8 BEN (Beneficial Owner's Certificate of Foreign Status for U.S. Tax Withholding, revised in 10/1998, 12/2000 and 2/2006. | | 3/30/2015 | 3/30/2015 | 3/30/2015 |
| 4-E | | | Copies of IRS letters and notices: CP91, CP71D, CP71C, CP59 and CP49 | | 3/30/2015 | 3/30/2015 | 3/30/2015 |
| 4-F | | | Certified copy of correspondence from William Messier to IRS | | | | |

| Gvt Exh No. | Dft Exh No. | Court Exh | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| 5 | | | Maine Revenue Service Certificate of Lack of Record and attached Maine Revenue Integrated Tax Systems screen print showing no record of a Form 1040 ME filed by William Messier for the years 2000 to 2013 | | | | |
| 6-A | | | Maine Revenue Service certified copy of use tax assessment for Piper aircraft for 2010 | | 3/30/15 | 3/30/15 | 3/30/15 |
| 6-B | | | Maine Revenue Service certified copy of correspondence with William Messier | X | 4/1/15 | 4/1/15 | 4/1/15 |
| | | | | | | | |
| 7 | | | Maine Revenue Service Certificate of Lack of Record and attached Maine Revenue Integrated Tax Systems screen print showing no record of a Form 1040 ME filed by David E. Robinson for the years 2000 to 2013 | | | | |
| | | | | | | | |
| 8-A | | | Midcoast FCU, account opening statements for account in the name of William Messier | | 3/30/15 | 3/30/15 | 3/30/15 |
| 8-B | | | Midcoast FCU, Messier account – 2006 statements, deposits and checks | | 3/30/15 | 3/30/15 | 3/30/15 |
| 8-C | | | Midcoast FCU, Messier account – 2007 statements, deposits and checks | | 3/30/15 | 3/30/15 | 3/30/15 |
| 8-D | | | Midcoast FCU, Messier account – 2008 statements, deposits and checks | | 3/30/15 | 3/30/15 | 3/30/15 |
| 8-E | | | Midcoast FCU, Messier account – 2009 statements, deposits and checks | | 3/30/15 | 3/30/15 | 3/30/15 |
| 8-F | | | Midcoast FCU, Messier account – 2010 statements, deposits and checks | | 3/30/15 | 3/30/15 | 3/30/15 |
| 8-G | | | Midcoast FCU, Messier account – 2011 statements, deposits and checks | | 3/30/15 | 3/30/15 | 3/30/15 |
| 8-H | | | Midcoast FCU, Messier account – 2012 statements, deposits and checks | | 3/30/15 | 3/30/15 | 3/30/15 |
| 8-I | | | Midcoast FCU, Messier account – 2013 statements, deposits and checks | | 3/30/15 | 3/30/15 | 3/30/15 |
| 8-J | | | Midcoast FCU – Certificate of Authenticity | | | | |
| | | | | | | | |
| 9-A | | | Peoples United Bank, checks issued on account of Atlantic Coast Radio to Bill Messier | | 3/30/15 | 3/30/15 | 3/30/15 |
| 9-B | | | Peoples United Bank – Certificate of Authenticity | | | | |

| Gvt Exh No. | Dft Exh No. | Court Exh | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| 10-A | | | Cumberland County Sheriff's Office copy of letter to David E. Robinson, dated 10-9-12 | | | | |
| 10-B | | | Cumberland County Sheriff's Office copy of letter from David E. Robinson, dated 10-17-12 | | | | |
| | | | | | | | |
| 20-A | | | Active Communications lease with Messier dated 2-29-92 | | 3/30/15 | 3/30/15 | 3/30/15 |
| 20-B | | | Active Communications summary of payments to Messier and copies of checks | | 3/30/15 | 3/30/15 | 3/30/15 |
| 20-C | | | Active Communications bank letter dated 4-17-12, with copies of checks issued to Messier in 2010, 2011 and 2012 | | 3/30/15 | 3/30/15 | 3/30/15 |
| 20-D | | | Active Communications Certificate of Authenticity of Business Records | | | | |
| 20-E | | | Robinson letter to Active Communications dated 4/22/12, with attachments | | 3/30/15 | 3/30/15 | 3/30/15 |
| 20-F | | | Messier correspondences to Active Communications, "A Notice of Levy is not a Levy," dated 3/13/12 | | 3/30/15 | 3/30/15 | 3/30/15 |
| 20-G | | | Copy of Messier letter to Special Agent Rogers, dated 7/10/12, received by Active Communications | | 3/30/15 | 3/30/15 | 3/30/15 |
| | | | | | | | |
| 21-A | | | AT&T file copies of lease with Messier, dated 2/3/88, and amendment, 1/10/08 | | 3/30/15 | 3/30/15 | 3/30/15 |
| 21-B | | | AT&T summary of payments to Messier, 2006 through 2009 | | 3/30/15 | 3/30/15 | 3/30/15 |
| 21-C | | | AT&T summary of payments to Messier, 2009 through 2012 | | 3/30/15 | 3/30/15 | 3/30/15 |
| 21-D | | | AT&T copies of checks issued to Messier or U.S. Treasury, 2005 to 2012 | | 3/30/15 | 3/30/15 | 3/30/15 |
| 21-E | | | IRS Notice of Levy issued to AT&T Mobility, dated 2/17/12 | | 3/30/15 | 3/30/15 | 3/30/15 |
| 21-F | | | IRS Notice of Levy issued to AT&T Mobility, dated 4/19/12 | | 3/30/15 | 3/30/15 | 3/30/15 |
| 21-G | | | AT&T Vendor Change Request Form re F. William Messier, dated 2/18/04 | | 3/30/15 | 3/30/15 | 3/30/15 |
| 21-K | | | Copy of Robinson "Money Order" dated 4/4/12 over Notice of Levy with stamp, received by AT&T, with attachments | | 3/30/15 | 3/30/15 | 3/30/15 |
| 21-L | | | AT&T Certificate of Authenticity of Business Records | | | | |
| | | | | | | | |

| Gvt Exh No. | Dft Exh No. | Court Exh | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| 22-A | | | Atlantic Coast Radio check register re payments to Messier, 2006 to 2012 with copies of checks | | 3/31/15 | 3/31/15 | 3/31/15 |
| 22-B | | | Messier correspondence to Atlantic Coast Radio dated 3/3/12 – Notice of Levy Rebuttal | | 3/31/15 | 3/31/15 | 3/31/15 |
| 22-C | | | Messier correspondence to Atlantic Coast Radio – copy of letter to RO Hendershot dated 3/8/12 | | 3/31/15 | 3/31/15 | 3/31/15 |
| 22-D | | | Messier notarized correspondence to Atlantic Coast Radio dated 3/9/12 – Denial of Corporate Status | | 3/31/15 | 3/31/15 | 3/31/15 |
| 22-E | | | Messier correspondence to Atlantic Coast Radio dated 3-13-12 – A notice of a Levy is Not a Levy | | 3/31/15 | 3/31/15 | 3/31/15 |
| 22-F | | | Messier correspondence to Atlantic Coast Radio dated 2/17/12 – Stamped copies of T-Mobile Levy and copy of "Money Order" dated 4/4/12 | | 3/31/15 | 3/31/15 | 3/31/15 |
| 22-G | | | Messier correspondence to Atlantic Coast Radio dated 4/6/12 – re IRS Notice of Levy | | 3/31/15 | 3/31/15 | 3/31/15 |
| 22-H | | | Robinson correspondence to Atlantic Coast Radio dated 4/22/12 | | 3/31/15 | 3/31/15 | 3/31/15 |
| 22-I | | | Robinson correspondence to Atlantic Coast Radio dated 5/16/12 – Request for Discovery | | 3/31/15 | 3/31/15 | 3/31/15 |
| 22-J | | | Messier correspondence to Atlantic Coast Radio dated 7/10/12 – copy of letter to Special Agent Jason Rogers | | 3/31/15 | 3/31/15 | 3/31/15 |
| 22-K | | | Messier Correspondence to Atlantic Coast Radio – purported Form W-8 BEN | | 3/31/15 | 3/31/15 | 3/31/15 |
| 22-L | | | Messier correspondence to Atlantic Coast Radio dated 4/12/12 – I am Not A Taxpayer | | 3/31/15 | 3/31/15 | 3/31/15 |
| 22-M | | | Copies of emails from Messier to Lisa Menconi | | 3/31/15 | 3/31/15 | 3/31/15 |
| 22N | | | Lisa Menconi notes | | 3/31/15 | | |
| 23-A | | | Critical Alert, Transaction List by Vendor re Messier, 2010 to 2013, with copies of checks | | 3/30/15 | 3/30/15 | 3/30/15 |
| 23-B | | | Purported "IRS Form W-8 BEN" sent to Critical Alert from Messier | | 3/30/15 | 3/30/15 | 3/30/15 |
| 23-C | | | Messier letter to Critical Alert Systems, dated 4/6/12 | | 3/30/15 | 3/30/15 | 3/30/15 |
| 23-D | | | Messier correspondence dated 4/12/12, "I Am Not A Taxpayer," received by Critical Alert Systems | | 3/30/15 | 3/30/15 | 3/30/15 |
| 23-E | | | Robinson letter to Critical Alert Systems dated 4/22/12, with attachment | | 3/30/15 | 3/30/15 | 3/30/15 |
| 23-F | | | Robinson letter dated 5/16/12, received by Critical Alert Systems | | 3/30/15 | 3/30/15 | 3/30/15 |

| Gvt Exh No. | Dft Exh No. | Court Exh | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| 23-G | | | Messier letter dated 5/25/12, received by Critical Alert Systems | | 3/30/15 | 3/30/15 | 3/30/15 |
| 23-H | | | Miscellaneous correspondence and attachments received by Critical Alert Systems from Messier and Robinson in 2012 | | 3/30/15 | 3/30/15 | 3/30/15 |
| 23-I | | | **[number skipped]** | | | | |
| 23-K | | | Critical Alert Certificate of Authenticity of Business Records | | | | |
| | | | | | | | |
| 24-A | | | Crown Atlantic Company leases with Messier | | 3/30/15 | 3/30/15 | 3/30/15 |
| 24-B | | | Crown Atlantic Company, Forms 1099 issued to William Messier, 2006 to 2010 | | 3/30/15 | 3/30/15 | 3/30/15 |
| 24-C | | | Miscellaneous correspondence received by Crown Atlantic Company from Messier and Robinson in 2012 | | 3/30/15 | 3/30/15 | 3/30/15 |
| 24-D | | | Crown Castle Certificate of Authenticity of Business Records | | | | |
| 24-E | | | Crown Atlantic Company Forms 1099 issued to William Messier, 2011 and 2012, with copies of checks | | 3/30/15 | 3/30/15 | 3/30/15 |
| 24-F | | | Miscellaneous correspondence received by Crown Atlantic Company from Messier and Robinson in August 2013 | | 3/30/15 | 3/30/15 | 3/30/15 |
| 24-G | | | Reply to Messier with attached court decisions dismissing Messier's lawsuit | | 3/30/15 | 3/30/15 | 3/30/15 |
| 24-H | | | Crown Castle Certificate of Authenticity of Business Records dated 9/19/2013 | | | | |
| | | | | | | | |
| 25-A | | | Sprint/Nextel, copy of lease with Messier | | 3/30/15 | 3/30/15 | 3/30/15 |
| 25-B | | | Sprint./Nextel summary of checks paid to Messier from 2006 to 2012, with copies of checks | | 3/30/15 | 3/30/15 | 3/30/15 |
| 25-C | | | Sprint/Nextel Certificate of Authenticity | | | | |
| | | | | | | | |
| 26-A | | | Northeast Mobile Health, copies of checks issued to Messier | | 3/30/15 | 3/30/15 | 3/30/15 |
| 26-B | | | Northeast Mobile Health Certificate of Authenticity of Business Records | | | | |
| | | | | | | | |

| Gvt Exh No. | Dft Exh No. | Court Exh | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| 27-A | | | Northeast Security Systems Vendor History Report re Messier, 2007 to 2012 | | 3/30/15 | 3/30/15 | 3/30/15 |
| 27-B | | | Northeast Security Systems, IRS Form W-9 from Messier, dated 2/9/09 | | 3/30/15 | 3/30/15 | 3/30/15 |
| 27-C | | | IRS Notice of Levy issued Northeast Security Systems re Messier, dated 3/26/12 | | 3/30/15 | 3/30/15 | 3/30/15 |
| 27-D | | | Copy of Robinson "Money Order" dated 4/4/12 over Notice of Levy with stamp, received by Northeast Security Systems | | 3/30/15 | 3/30/15 | 3/30/15 |
| 27-E | | | Messier letter to Northeast Security Systems dated 4/6/12, with attachments | | 3/30/15 | 3/30/15 | 3/30/15 |
| 27-F | | | Northeast Security Systems letter to Messier, dated 4/19/12 | | 3/30/15 | 3/30/15 | 3/30/15 |
| 27-G | | | Northeast Security Systems Certificate of Authenticity of Business Records | | | | |
| | | | | | | | |
| 28-A | | | Radio Communications Management Tower Site Rental Agreement with Messier and email, dated 12/30/10 | | 3/30/15 | 3/30/15 | 3/30/15 |
| 28-B | | | Radio Communications Management Vender Ledgers re Messier for 2009-2012 and copies of checks | | 3/30/15 | 3/30/15 | 3/30/15 |
| 28-C | | | Radio Communications Management Certificate of Authenticity of Business Records | | | | |
| | | | | | | | |
| 29-A | | | Ray Labbe and Sons, Inc. Paid Invoice Register re Messier, 2006 to 2012, and copies of checks | | 3/30/15 | 3/30/15 | 3/30/15 |
| 29-B | | | Ray Labbe and Sons, Inc. Certificate of Authenticity of Business Records | | | | |
| | | | | | | | |
| 30-A | | | Sagadahoc County summary of payments to Messier, 2005-2010, and copies of checks | | 3/30/15 | 3/30/15 | 3/30/15 |
| 30-B | | | Sagadahoc County Certificate of Authenticity of Business Records | | | | |
| | | | | | | | |
| 31-A | | | T-Mobile copy of lease between Omnipoint Communications and Messier | | 3/30/15 | 3/30/15 | 3/30/15 |
| 31-B | | | T-Mobile vendor payment history re Messier, 2006 to 2012 and copies of checks | | 3/30/15 | 3/30/15 | 3/30/15 |
| 31-C | | | T-Mobile, Form W-9 from Messier dated 4/7/00 | | 3/30/15 | 3/30/15 | 3/30/15 |

| Gvt Exh No. | Dft Exh No. | Court Exh | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| 31-D | | | T-Mobile Certificate of Authenticity of Business Records | | | | |
| | | | | | | | |
| 32-A | | | US Cellular copy of lease between Maine RSA 1, Inc. and Messier, and attachments | | 3/30/15 | 3/30/15 | 3/30/15 |
| 32-B | | | US Cellular vendor payment history re Messier, 2003 to 2012 | | 3/30/15 | 3/30/15 | 3/30/15 |
| 32-C | | | US Cellular, Form W-9 from Messier, dated 7/22/03 | | 3/30/15 | 3/30/15 | 3/30/15 |
| 32-D | | | Miscellaneous correspondence received by US Cellular from Messier and Robinson in 2012 | | 3/30/15 | 3/30/15 | 3/30/15 |
| 32-E | | | US Cellular site photos re site number 853348 | | 3/30/15 | 3/30/15 | 3/30/15 |
| 32-F | | | US Cellular copy of Phase I Environmental Site Assessment re 40 Tower Lane | | 3/30/15 | 3/30/15 | 3/30/15 |
| 32-G | | | US Cellular Certificate of Authenticity of Business Records | | | | |
| | | | | | | | |
| 33-A | | | Town of Brunswick, copies of leases with Messier, and payment confirmations | | 3/30/15 | 3/30/15 | 3/30/15 |
| 33-B | | | Town of Brunswick vendor payment history re Messier and copies of checks, 2008-2012 | | 3/30/15 | 3/30/15 | 3/30/15 |
| 33-C | | | Town of Brunswick, Form W-9 from Messier dated 10/24/99 | | 3/30/15 | 3/30/15 | 3/30/15 |
| 33-D | | | Copy of T-Mobile Levy with Non-negotiable conditional acceptance stamp sent to Town of Brunswick | | 3/30/15 | 3/30/15 | 3/30/15 |
| 33-E | | | Messier correspondence dated 3/3/12 re Notice of Levy Rebuttal sent to Town of Brunswick | | 3/30/15 | 3/30/15 | 3/30/15 |
| 33-F | | | Messier correspondence dated 3/8/12 re Forms 1099-MISC sent to Town of Brunswick | | 3/30/15 | 3/30/15 | 3/30/15 |
| 33-G | | | Messier notarized correspondence dated 3/9/12 re Denial of Corporate Status sent to Town of Brunswick | | 3/30/15 | 3/30/15 | 3/30/15 |
| 33-H | | | Messier correspondence dated 3/13/12 re Notice of Levy sent to Town of Brunswick | | 3/30/15 | 3/30/15 | 3/30/15 |
| 33-I | | | Messier correspondence dated 4/6/12 re Notice of Levy dated 2/17/12 sent to Town of Brunswick | | 3/30/15 | 3/30/15 | 3/30/15 |
| 33-J | | | Messier correspondence dated 4/12/12 re I am Note a Taxpayer sent to Town of Brunswick | | 3/30/15 | 3/30/15 | 3/30/15 |
| 33-K | | | Copy of Messier notarized correspondence dated 7/10/12 with attachments sent to Town of Brunswick | | 3/30/15 | 3/30/15 | 3/30/15 |

| Gvt Exh No. | Dft Exh No. | Court Exh | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| 33-L | | | Robinson correspondence dated 5/16/12 re Request for Discovery with attachments sent to Town of Brunswick | | 3/30/15 | 3/30/15 | 3/30/15 |
| 33-M | | | Copy of purported Form W-8BEN signed by Messier sent to the Town of Brunswick | | 3/30/15 | 3/30/15 | 3/30/15 |
| 33-N | | | Town of Brunswick property tax bills addressed to William Messier re 2007-12 | | 3/30/15 | 3/30/15 | 3/30/15 |
| 33-O | | | Town of Brunswick property tax bills addressed to William Messier for 2012 | | 3/30/15 | 3/30/15 | 3/30/15 |
| 33-P | | | Certificate of Authenticity | | | | |
| | | | | | | | |
| 40 | | | Certified Copy of documents from Maine Secretary of State re Messier | | 3/31/15 | 3/31/15 | 3/31/15 |
| 42 | | | Citizen/Sheriff Complaint form | | 4/1/15 | | |
| | | | | | | | |
| 50A | | | William Messier's MidCoast Federal Credit Union Account Banking Activity | | 4/1/15 | 4/1/15 | 4/1/15 |
| 50B | | | Pie Chart of Messier's MidCoast Federal Credit Union Account Banking Activity | | 4/1/15 | 4/1/15 | 4/1/15 |
| 50C | | | William Messier's Forms 1099  2006 to 2012 | | 4/1/15 | 4/1/15 | 4/1/15 |
| 50D | | | William Messier's Gross Income 2008 to 2012 | | 4/1/15 | 4/1/15 | 4/1/15 |
| 50E | | | William Messier Filing Threshold and Gross Income | | 4/1/15 | 4/1/15 | 4/1/15 |
| | | | | | | | |
| 60 | | | 1/6/04 Article, "Tax protester trial begins" | | 4/2/15 | | |
| 61 | | | "No Answers, No Taxes" www.GiveMeLiberty.org publication | | 4/2/15 | | |
| 62 | | | We the People Foundation, webpage printout, 2006 | | 4/2/15 | | |
| 63 | | | | | | | |
| 64 | | | | | | | |
| 65 | | | 2 page Screen shot from video "Freedom to Fascism" re: Irwin Schiff | | 4/2/15 | | |

| Gvt Exh No. | Dft Exh No. | Court Exh | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| 66 | | | | | | | |
| 67 | | | Freedom Law School application by William Messier | | 4/2/15 | 4/2/15 | 4/2/15 |
| 68 | | | Templates/forms from Freedom Law School | | 4/2/15 | | |
| 69 | | | Freedom Law School Publication, "When and How to Respond to IRS Letters" | | 4/2/15 | | |
| | | | | | | | |
| 70 | | | Dr. Voss's notes re: 3/24/15 meeting with William Messier | | 4/2/15 | | |
| 80 | | | Southern Poverty Law Center Publication, "Sovereign Citizen Movement" | | 4/2/15 | | |
| 81 | | | Article, "Competence to Stand Trial Evaluations of Sovereign Citizens. . . ", Journal of the Am. Academy of Psych. and the Law, by George F. Parker, M.D., 11/3/2014 | | 4/2/15 | | |
| 90 | | | Book, "Maine Lawsuit Against the IRS for Unfair Trade Practices", F. William Messier and David Robinson | | 4/3/15 | | |
| 91 | | | Book, "Commercial Law Applied, Learn to Play the Game", David Robinson | | 4/3/15 | | |
| | | | | | | | |
| | M-2 | | Letter signed by Dennis M. Hartell, re: Notice of Levy | | 4/1/15 | 4/1/15 | Not admitted |
| | M-3 | | Letter, Signed by Dan Burton, 12/11/1997 | | 4/1/15 | 4/1/15 | Not admitted |
| | M-4 | | Letter, Signed by Tom Feeney, 2007 | | 4/1/15 | | |
| | M-8 | | Photo copy of the cover of the bound Internal Revenue Code | | 4/1/15 | 4/1/15 | 4/1/15 |
| | | | | | | | |
| | M-10 | | Video Excerpt | X | 4/1/15 | 4/1/15 | Not admitted. |
| | M-11 | | Photographs of William Messier's home | X | 4/1/15 | 4/1/15 | 4/1/15 |
| | | | | | | | |
| | M-13 | | Carlyle Voss, Curriculum Vitae | | 4/2/15 | | |
| | | | | | | | |

| Gvt Exh No. | Dft Exh No. | Court Exh | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
|  | R-1 |  | Book, "Patriot Publications", David Robinson |  | 4/2/15 |  |  |
|  | R-7 |  | Book, "Know Your Strawman", David Robinson |  | 4/2/15 |  |  |
|  | R-10 |  | "10 Maxims of the Law"—two sided card |  | 4/2/15 | 4/2/15 | 4/2/15 |
|  |  |  |  |  |  |  |  |
|  |  | 1 | Jury note re: DSM |  | 4/3/15 | 4/3/15 | 4/3/15 |
|  |  | 2 | Response to Jury note re: DSM |  | 4/3/15 | 4/3/15 | 4/3/15 |
|  |  | 3 | Jury note re: Jury Instructions paragraph 12 |  | 4/3/15 | 4/3/15 | 4/3/15 |
|  |  | 4 | Response to Jury note re: paragraph 12 |  | 4/3/15 | 4/3/15 | 4/3/15 |
|  |  | 5 | Jury note re: Verdict |  | 4/3/15 | 4/3/15 | 4/3/15 |
|  |  | 6 | Jury Instructions |  | 4/3/15 | 4/3/15 | 4/3/15 |
|  |  | 7 | Attested copy of Indictment |  | 4/3/15 | 4/3/15 | 4/3/15 |