UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

U S DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

APR   3 2015

CHRISTA K. BERRY, CLERK
BY_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 2:14-CR-83-DBH |
| ) | |
| F. WILLIAM MESSIER AND ) | |
| DAVID EVERETT ROBINSON, ) | |
| ) | |
| DEFENDANTS ) | |

## JURY VERDICT FORM

**COUNT 1: ATTEMPT TO INTERFERE WITH ADMINISTRATION OF INTERNAL REVENUE LAWS**

We, the jury, find the defendant F. William Messier __Guilty__.
(Not Guilty/Guilty)

**COUNT 2: CONSPIRACY TO DEFRAUD THE UNITED STATES**

We, the jury, find the defendant F. William Messier __Guilty__.
(Not Guilty/Guilty)

We, the jury, find the defendant David Everett Robinson __Guilty__.
(Not Guilty/Guilty)

**COUNT 3: FAILURE TO FILE AN INCOME TAX RETURN FOR 2008**

We, the jury, find the defendant F. William Messier __Not Guilty__.
(Not Guilty/Guilty)

**COUNT 4: FAILURE TO FILE AN INCOME TAX RETURN FOR 2009**

We, the jury, find the defendant F. William Messier __Not Guilty__.
(Not Guilty/Guilty)

**COUNT 5: FAILURE TO FILE AN INCOME TAX RETURN FOR 2010**

We, the jury, find the defendant F. William Messier  Not Guilty .
(Not Guilty/Guilty)

**COUNT 6: FAILURE TO FILE AN INCOME TAX RETURN FOR 2011**

We, the jury, find the defendant F. William Messier  Not Guilty .
(Not Guilty/Guilty)

**COUNT 7: FAILURE TO FILE AN INCOME TAX RETURN FOR 2012**

We, the jury, find the defendant F. William Messier  Not Guilty .
(Not Guilty/Guilty)

Dated: April 3, 2015

Signatue Redacted. Original on file at Clerk's Office

Jury Foreperson